



**COPY**

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

    Plaintiff,

-against-

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR;

MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S;

MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB;

    Defendants.

---

Civil Action No. **B-01-051**

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **ENTERTAINMENT BY J & J, INC.,** and said corporation's securities are not publicly traded.

Dated: March 19, 2001
      Ellenville, NY 12428

                                        ENTERTAINMENT BY J & J, INC

                                        By: _____
                                           JULIE COHEN LONSTEIN, ESQ.
                                           LONSTEIN LAW OFFICE, P.C.
                                           1 Terrace Hill  PO Box 351
                                           Ellenville, NY 12428
                                           Tel: (845) 647-8500
                                           Fax: (845) 647-6277
                                           *Our File No. C99-5TX-S05-07*
                                               *(Southern District/Brownsville Division)*