United States District Court
Southern District of Texas
FILED

MAY 1 0 2001

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENTERTAINMENT BY J & J, Inc. | § | |
| as Broadcast Licensee of the September 18, | § | |
| 1999 DeLaHoya/Trinidad, Program, | § | |
| | § | CIVIL ACTION NO. B-01-051 |
| vs. | § | |
| | § | |
| BALDEMAR TORRES, JR., ET AL | § | |

### MOTION TO SEVER OF MARCELLA LOUISE ERVIN

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW MARCELLA LOUISE ERVIN Individually and d/b/a Pelican's (hereafter Defendant) and files this her Motion to Sever the causes of action against her from those of the other defendants, and for such would show unto the Court as follows:

1.     Defendant objects to the misjoinder of this matter with the other defendants.  She has no knowledge or information or connection with them and requests this Court to sever any causes of action alleged against her from those alleged against the other named defendants.

2.     Defendant has never had any contact with the other defendants and it is unjust to put Defendant to trial with these other persons who may prejudice the court and jury against her when there is no privity with them.

3.     Defendant is a tavern owner in Port Mansfield, Willacy County, Texas and has no knowledge or information about the other defendants.  Defendant does not know or have any other information about any other person named as a party in this action.  She is not related to them nor is she in business with them.

WHEREFORE PREMISES CONSIDERED, Defendant prays that the Court grant this motion and for other and further relief to which she may be entitled.

Respectfully submitted,

BONNER & BONNER
Attorneys for Respondent
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
State Bar No. 02611000
Federal I.D. 1177

## CERTIFICATE OF SERVICE

A true and correct copy of the above and was mailed certified mail, return receipt requested to Julie Cohen Lonstein, Attorney for Plaintiff, at 1 Terrace Hill, Box 351, Ellenville, New York 12428 on May 10, 2001.

_____
Curtis Bonner

Page 2