COPY

United States District Court
Southern District of Texas
FILED

MAY 2 4 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

        Plaintiff,

   -against-

BALDEMAR TORRES, JR., Individually, and d/b/a
BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S
SPORTS BAR and BT'S SPORTS PUB & GRILL
a/k/a BT'S a/k/a BT'S SPORTS BAR;

MARCELLA LOUISE ERVIN, Individually, and d/b/a
PELICAN'S and PELICAN'S;

MINERVA RAMIREZ SANDOVAL, Individually and
d/b/a DESPERADO'S NIGHTCLUB a/k/a
DESPERADOS NIGHTCLUB and DESPERADO'S
NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB;

        Defendants.

---

**PLAINTIFF'S RESPONSE TO MOTION TO SEVER**

Civil Action No. B-01-051

    Plaintiff, ENTERTAINMENT BY J & J, INC., by and through its attorneys, LONSTEIN LAW OFFICE, P.C., respectfully submits the within Response to the Motion to Sever submitted by Defendant **MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S**, and, in support thereof, states the following:

1. In her Motion to Sever, served upon Plaintiff on or about May 16, 2001, Defendant **MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S** (hereinafter referred to as "Defendant"), objects to joinder of the parties named in Plaintiff's Verified Complaint on the basis that she does not know, is not related to and has no privity with the other named Defendants.

2. Defendant fails to offer the Court a basis for severing in this matter. Defendants need not know, be related to or have privity with each other to be joined in an action.

3. The instant matter involves allegations that the named Defendants exhibited the September 18, 1999, DeLaHoya/Trinidad fight in violation of Plaintiff's exclusive right, by contract, to distribute and/or exhibit the event in Defendant's geographical area. The Complaint alleges that the event was exhibited in the named Defendants' commercial establishments, located in the State of Texas, Southern District, Brownsville Division.

4. Since joinder of parties herein is proper pursuant to the Federal Rules of Civil Procedure and Defendant has offered this Court a basis for severing, it is respectfully submitted that Defendant's Motion to Sever should be denied in its entirety.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion to Sever and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

Julie Cohen Lonstein
Attorney-in-Charge for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Federal Bar Roll No. 21857
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our file no. C99-5TX-S06*

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Response to Motion to Sever was duly mailed to the following by overnight mail on May 23, 2001:

Curtis Bonner, Esq.
Bonner & Bonner
P.O. Box 288
103 S. Third Street
Harlingen, TX 78551

Julie Cohen Lonstein