8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 07 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENTERTAINMENT BY J&J, INC. | * | |
| | * | |
| VS | * | C.A. NO. B-01-051 |
| | * | |
| BALDEMAR TORRES, JR., ET AL | * | |

## ORDER SETTING CONFERENCE

An initial pretrial conference and hearing on the Motion to Sever of Marcella Louise Ervin, in above-captioned and numbered cause of action, are hereby set for **July 11, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 6th day of June 2001.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison,
Brownsville, Texas 78520
956/548-2701