

9

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

United States District Court
Southern District of Texas
FILED

SOUTHERN ———— DISTRICT OF ——— TEXAS

BROWNSVILLE DIVISION

JUN 1 8 2001

Michael N. Milby
Clerk of Court

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999**
**DeLaHoya/Trinidad,** Program,
            Plaintiff,

V.

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S
SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR
and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR, et al,
            Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-01-051

TO: (Name and address of defendant)

**BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR** and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR
304 Coronado
South Padre Island, TX  78597
Our File No. C99-5TX-S05

Mailing Address:
P.O. Box 3723
South Padre Island, TX  78597

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

MAR 2 3 2001

CLERK

DATE

_(signature)_

(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

ORIGINAL ✓

COUNTY: FEDERAL        CASE # B-01-051              COURT
                                              Clt. Ref.# 9926071        Clt.#    914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

   VS

BALDEMAR TORRES, JR. INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL A/K/A
BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01  Time: 14:00:00

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/20/01**  **Time: 19:05:00**

Executed at: 121 Queen Isabella Blvd.#121b
             Port Isabel, TX 78578

to the following: **Torres, Baldemar, Jr., Indv. & D/B/A Bt's Sports Pub &
                   Grill A/K/A Bt's A/K/A Bt's Sports Bar
                   By Delivering To Delores Bauer, Employee**

✓ PERSONALLY delivering the document to the person above. *Delores Bauer Employee*
___ SUBSTITUTE SERVICE per Order by delivering to _Delores Bauer_ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

Eddie M Gonzalez

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____           Eddie M Gonzalez
                                 Professional Civil Process Brownsville
Witness Fee Tendered:_____    700 Paredes Ave. Suite 208
                                 Brownsville, Texas 78520

STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this ___ day of _____ 2001.

NOTARY PUBLIC SIGNATURE

[Seal: JUANITA G. SALDIVAR, MY COMMISSION EXPIRES February 02, 2005]

C99-5TX-S05