AO 440 (Rev. 10/93) Summons in a Civil Action

~~ORIGINAL~~ **COPY**

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999** DeLaHoya/Trinidad, Program,
　　　　　　　　　Plaintiff,

V.

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR, et al,
　　　　　　　　　Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-01-051**

TO: (Name and address of defendant)

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and **BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR**
121 Queen Isabella Boulevard
Unite 121B
Port Isabel, TX  78578

Our File No. C99-5TX-S05

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk　　　　　　　　　　　　　　MAR 2 3 2001

CLERK　　　　　　　　　　　　　　　　　　　　　　　DATE

*(signature)*

(BY) DEPUTY CLERK



# OFFICERS RETURN OF SERVICE

COUNTY: FEDERAL             CASE # B-02-051              COURT
                                        Clt. Ref.# 9926071      Clt.#   914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

VS

BALDEMAR TORRES, JR. INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL A/K/A
BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01  Time: 14:00:00

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/20/01**  **Time: 19:05:00**

Executed at: 121 Queen Isabella Blvd.#121b
             Port Isabel, TX 78578

to the following: **Bt's Sports Pub & Grill A/K/A Bt's A/K/A Bt's Spors Bar**
                  **By Delivering To Delores Bauer, Employee**

☑ PERSONALLY delivering the document to the person above.
☑ SUBSTITUTE SERVICE per Order by delivering to _DeLoRes Bauer_ in person
who is sixteen (16) years of age or older, at the above listed address which is the
usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

_____
Eddie M Gonzalez

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

_____
Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

Service Fee:_____

Witness Fee Tendered:_____

STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _April_ 2001.

[SEAL: JUANITA G. SALDIVAR, MY COMMISSION EXPIRES February 02, 2005]

_____
NOTARY PUBLIC SIGNATURE

C99-5TX-505