*11*

AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL COPY

# United States District Court

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

SOUTHERN ─── DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999**
DeLaHoya/Trinidad, Program,
                              Plaintiff,

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER: B-01-051

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S
SPORTS PUB & GRILL a/k/a BT'S  a/k/a BT'S SPORTS BAR
and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR, et al,
                              Defendants.

TO: (Name and address of defendant)

**MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S** and PELICAN'S
**1001 E. Port**
**Port Mansfield, TX  78598**          **Mailing Address:**
**Our File No. C99-5TX-S06**           **P.O. Box 242**
                                       **Port Mansfield, TX  78598**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within ___twenty___   (20)___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

**Michael N. Milby, Clerk**

MAR 2 3 2001

CLERK

(BY) DEPUTY CLERK

DATE

ORIGINAL

# OFFICERS RETURN OF SERVICE

COUNTY: FEDERAL          CASE # B-01-051          COURT

Clt. Ref.# 9926073          Clt.#     914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

VS

BALDEMAR TORRES, JR., INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01  Time: 14:00:00

Documents received for service:

**SUMMOMS IN A CIVIL CASE**

The documents were delivered on **04/23/01  Time: 18:20:00**

Executed at: 1001 E. Port
             Port Mansfield, TX 78598

to the following: **Ervin, Marcella Louise,**
                  **Indv. & D/B/A Pelican's**

_____ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

Eddie M Gonzalez

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____

Witness Fee Tendered:_____

STATE OF TEXAS}

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2001.

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

NOTARY PUBLIC SIGNATURE

C99-57X-506