OFFICIAL COPY — COPY COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN ___ DISTRICT OF ___ TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999**
**DeLaHoya/Trinidad**, Program,
          Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-01-051

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S
SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR
and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR, et al,
          Defendants.

TO: (Name and address of defendant)

MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and **DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**
589 N. 7th Street
**Raymondville, TX  78580**
**Our File No. C99-5TX-S07**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK _[signature]_

(BY) DEPUTY CLERK

MAR 2 3 2001

DATE

## OFFICERS RETURN OF SERVICE       **ORIGINAL**

**COUNTY: FEDERAL**          **CASE # B-01-051**           **COURT**
                                             Clt. Ref.# 9926075          Clt.#   914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

VS

BALDEMAR TORRES, JR. INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL A/K/A
BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01  Time: 14:00:00

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/23/01**  **Time: 17:30:00**

Executed at: Rr 1 Box 737
             Raymondville, TX 78580

to the following: **Desperado's Nightclub A/K/A Desperados Nightclub**
                  **By Serving Minerva Ramirez Sandoval-Owner**

_√_ PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

                                   _____
                                   Eddie M Gonzalez

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

                                   _____
                                   Eddie M Gonzalez
Service Fee:_____             Professional Civil Process/Brownsville
                                   700 Paredes Ave. Suite 208
Witness Fee Tendered:_____      Brownsville, Texas 78520

STATE OF TEXAS}
                       VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this __ day of _____ 2001.

                                   _____
                                   NOTARY PUBLIC SIGNATURE


JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

C99-5TX-S07