# ORIGINAL



United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

-------------------------------------------------------------

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

        Plaintiff,

    -against-

BALDEMAR TORRES, JR., Individually, and
d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S
a/k/a BT'S SPORTS BAR and BT'S SPORTS
PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR;

MARCELLA LOUISE ERVIN, Individually, and
d/b/a PELICAN'S and PELICAN'S;

**MINERVA RAMIREZ SANDOVAL,
Individually and d/b/a DESPERADO'S
NIGHTCLUB a/k/a DESPERADOS
NIGHTCLUB and DESPERADO'S
NIGHTCLUB a/k/a DESPERADOS
NIGHTCLUB;**

        Defendants.

-------------------------------------------------------------

**REQUEST FOR DEFAULT**

Civil Action No.  B-01-051
Hon.  Hilda G. Tagle

TO: MICHAEL N. MILBY, CLERK
     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF TEXAS

Please enter default of the following defendants

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise

defend the above-captioned action as fully appears from the court file herein and from the attached

-1-

affidavit of Julie Cohen Lonstein, Esq..

Dated:   June 19, 2001
         Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

By:_____

      Julie Cohen Lonstein, Esq.
      Attorney for Plaintiff,
      Attorney in Charge
      NYS Bar Roll No. 2393759
      S.D.T.X. Admission No. 21857
      1 Terrace Hill, PO Box 351
      Ellenville, NY 12428
      Tel:  (845) 647-8500
      Fax:  (845) 647-6277