16

ORIGINAL

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
-----------------------------------------------------------------
ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

                Plaintiff,

-against-

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR;

MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S;

**MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**;

                Defendants.
-----------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No. B-01-051
Hon. Hilda G. Tagle

STATE OF NEW YORK :
                    : SS.:
COUNTY OF ULSTER  :

      JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

      1. That I am the attorney for plaintiff, ENTERTAINMENT BY J&J, INC., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2. This action was commenced pursuant to 47 U.S.C. 605, **et seq.**. A copy of the summons and complaint was served on defendant, **MINERVA RAMIREZ SANDOVAL, Individually and d/b/a**

-1-

DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB, as set forth in the proof of service by Eddie M. Gonzalez, which was forwarded to the Court for filing on June 13, 2001, a copy of which is annexed hereto as Exhibit "A."

3. The time within which the defendant(s) may answer or otherwise move with respect to the complaint herein has expired. Defendants

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**

have not answered or otherwise moved with respect to the complaint; and the time for the defendant(s) to do so has not been extended.

4. Said defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

WHEREFORE, plaintiff ENTERTAINMENT BY J&J, INC., requests that the default of the defendant(s)

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**

be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: June 19, 2001
      Ellenville, NY 12428

By: _____
Julie Cohen Lonstein, Esq.
Attorney for Plaintiff,
Attorney in Charge
NYS Bar Roll No. 2393759
S.D.T.X. Admission No. 21857
1 Terrace Hill, PO Box 351
Ellenville, NY 12428
Tel: (845) 647-8500
Fax: (845) 647-6277

Sworn to before me this 19th
day of June, 2001

_____
**April Draganchuk**
*Notary Public State of New York*
*No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2003*

AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL COPY

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999**
**DeLaHoya/Trinidad**, Program,
                 Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **B-01-051**

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S
SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR
and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR, et al,
                 Defendants.

TO: (Name and address of defendant)

**MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB** and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB
RR 1, Box 737
Raymondville, TX 78580-9722
Our File No. C99-5TX-S07

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

MAR 23 2001

CLERK

(BY) DEPUTY CLERK

DATE

## OFFICERS RETURN OF SERVICE     **ORIGINAL**

**COUNTY: FEDERAL**         **CASE # B-01-051**         **COURT**
                                            Clt. Ref.# 9926075         Clt.# 914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

VS

BALDEMAR TORRES, JR. INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL A/K/A
BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01   Time: 14:00:00

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/23/01**   Time: **17:30:00**

Executed at: Rr 1 Box 737
             Raymondville, TX 78580

to the following: **Sandoval, Minerva Ramirez Individually And D/B/A
                   Desperado's Nightclub A/K/A Desperados Nightclub**

\_✓\_ PERSONALLY delivering the document to the person above.
\_\_\_ SUBSTITUTE SERVICE per Order by delivering to _____ in person
     who is sixteen (16) years of age or older, at the above listed address which is the
     usual place of abode/business of the above named person.
\_\_\_ POSTING per Order by securely affixing to the main entry way at the above address.

                                _____
                                Eddie M Gonzalez


### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

                                _____
Service Fee:_____           Eddie M Gonzalez
                                Professional Civil Process Brownsville
Witness Fee Tendered:_____   700 Paredes Ave. Suite 208
                                Brownsville, Texas 78520
STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this 24 day of April 2001.

                                _____
                                NOTARY PUBLIC SIGNATURE



JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

099-ntx-507

**ORIGINAL COPY**

AO 440 (Rev. 10/93) Summons In a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999**
DeLaHoya/Trinidad, Program,
          Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-01-051

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S
SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR
and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR, et al,
          Defendants.

TO: (Name and address of defendant)

MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and **DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**
589 N. 7th Street
Raymondville, TX 78580
**Our File No. C99-5TX-S07**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk        MAR 23 2001

CLERK                         DATE

[signature]

(BY) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE          **ORIGINAL**

COUNTY: FEDERAL          CASE # B-01-051          COURT
                                                  Clt. Ref.# 9926075          Clt.#  914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

VS

BALDEMAR TORRES, JR. INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL A/K/A
BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01   Time: 14:00:00

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/23/01**  Time: **17:30:00**

Executed at: Rr 1 Box 737
             Raymondville, TX 78580

to the following: **Desperado's Nightclub A/K/A Desperados Nightclub**
                  **By Serving Minerva Ramirez Sandoval-Owner**

____  PERSONALLY delivering the document to the person above.
____  SUBSTITUTE SERVICE per Order by delivering to _____ in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
____  POSTING per Order by securely affixing to the main entry way at the above address

_____
Eddie M Gonzalez


### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notice.

_____
Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave  Suite 208
Brownsville, Texas 78520

Service Fee:_____

Witness Fee Tendered _____

STATE OF TEXAS}
                            VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2001.

_____
NOTARY PUBLIC SIGNATURE



JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

C99-5TX-S07