17

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

-----------------------------------------------------------------
ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

                     Plaintiff,

               -against-

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR;

MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S;

**MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB;**

                     Defendants.
-----------------------------------------------------------------

**CLERK'S CERTIFICATE**

Civil Action No. B-01-051
Hon. Hilda G. Tagle

    I, Michael N. Milby, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that the docket entries in the above entitled action indicates that the defendants, **MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB** were served with a copy of the complaint and summons by personal service upon Minerva Ramirez Sandoval, on April 23, 2001.

    I further certify that the docket entries indicate that **MINERVA RAMIREZ SANDOVAL, Individually**

-1-

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**

have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated: ~~Houston~~ BROWNSVILLE , Texas

June 25 , 2001

MICHAEL N. MILBY
Clerk

By: _____
Deputy Clerk

-2-