# ORIGINAL

*18*

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

------------------------------------------------------------

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

                Plaintiff,

      -against-

BALDEMAR TORRES, JR., Individually, and
d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S
a/k/a BT'S SPORTS BAR and BT'S SPORTS
PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR;

MARCELLA LOUISE ERVIN, Individually, and
d/b/a PELICAN'S and PELICAN'S;

**MINERVA RAMIREZ SANDOVAL,
Individually and d/b/a DESPERADO'S
NIGHTCLUB a/k/a DESPERADOS
NIGHTCLUB and DESPERADO'S
NIGHTCLUB a/k/a DESPERADOS
NIGHTCLUB;**

------------------------------------------------------------

**MOTION FOR DEFAULT**

Civil Action No. B-01-051
Hon. Hilda G. Tagle

JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

1. That I am the attorney for plaintiff, **ENTERTAINMENT BY J & J, INC.,** in the

above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the

facts, circumstances and proceedings heretofore had herein.

2. The Plaintiff owned the commercial rights to distribute the **DeLaHoya/Trinidad**

boxing match on **September 18, 1999** to commercial establishments for a licensing fee. The

respective defendants herein did not purchase the rights to intercept and exhibit this encrypted

boxing match from the Plaintiff, but intercepted and exhibited same without legal authorization.

-1-

CutePDF - www.fsvio.com

3. On any given occasion when an encrypted program is being broadcast, such as a prize fight, private investigators identify commercial establishments intercepting and exhibiting the program without paying the Plaintiff for the right to do so. In advance, Plaintiff provides investigators with a list of legal paying locations within Texas and a term of investigators visit any commercial establishment within any particular territory which is not named on the legal list during the time of the transmission of the prize fight. Attached hereto as **Exhibit "B"** are affidavits of each investigative witness verifying the exhibition of the boxing program at each of the respective establishments listed in the motion for default.

4. This action was commenced pursuant to 47 U.S.C. 605, **et seq.**. A copy of the summons and complaint was served on defendant, **MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB** as set forth in the proof of service by Eddie M. Gonzalez which was forwarded to the Court for filing on June 13, 2001, a copy of which are annexed hereto as Exhibit "A."

5. The time within which the defendants may answer or otherwise move with respect to the complaint herein has expired. None of the above cited defendants have answered or otherwise moved with respect to the complaint; and the time for the defendants to do so has not been extended.

6. Said defendant(s) are not infants or incompetents. Upon information and belief, none of the defendants are presently in the military service of the United States.

7. Said defendants,

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**

are indebted to the plaintiff in the following manner:

-2-

Plaintiff, by contract, was granted the right to distribute the **DeLaHoya/Trinidad** boxing

match scheduled for **September 18, 1999** via closed circuit television.  Pursuant to the aforesaid

contract, plaintiff entered into subsequent agreements with various entities in the State of **Texas**,

allowing them to publicly exhibit the program to their patrons.  Plaintiff expended substantial monies

in consideration of the aforementioned agreement to transmit the said boxing match to those entities

within the State of **Texas** who had contracted for same with the plaintiff for exhibition to their

patrons.

Defendant, **MINERVA   RAMIREZ   SANDOVAL,   Individually   and   d/b/a**

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S**

**NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB,** and/or his/her/its agents, servants, workmen

or employees, with full knowledge that said closed circuit program was not to be received and/or

exhibited by entities unauthorized to do so, did, at the time of its transmission, exhibit the closed

circuit program at its principal place of business at **589 N. 7th, Raymondville, TX 78580,** willfully,

and for purposes of direct or indirect commercial advantage or private financial gain and with the

intent of willfully defrauding the plaintiff of revenue.

As a result thereof, plaintiff was damaged as follows:

### STATUTORY CLAIMS

A.  Your deponent indicates to the court that pursuant to 47 U.S.C., Section 605, the

defendant is indebted to the plaintiff for the unlawful exhibition for commercial advantage of the

closed circuit television signal of the **DeLaHoya/Trinidad** boxing match on **September 18, 1999,**

in the sum of $10,000.00 which represents damages as specified in 47 U.S.C., Section 605(c)(i)(ii).

See **Cable Vision Systems Development Company v. Cherrywood Pizza**, 508 N.Y.S. 2d, 133

Misc. 2d 879 (1986); **Subscription Television of Greater Washington v Kaufman, B.C.,** D.C. 606

-3-

F. Sup. 1540 (1985); **International Cablevision, Inc. v. Sykes**, 997 F 2d 998 (2nd Cir. 1993).

      B. In addition, the plaintiff is entitled to the maximum statutory damage amount of $100,000.00 for the intentional unlawful interception of the closed circuit television signal of the **DeLaHoya/Trinidad** boxing match on **September 18, 1999**, pursuant to 47 U.S.C., Section 605(c)(ii)

      (1) The defaulting defendants willfully and knowingly violated said federal statute. Their actions in purposely defrauding the Plaintiff were affirmative and could only have been accomplished by overt acts done to avoid paying the legal subscription rate for a commercial establishment.

      (2) The fact that the event was witnessed by the investigator to be shown in the commercial establishment demonstrates that it was a de facto illegal showing.

      (3) The defendants' overt acts included one or more of the following four scenarios: use of illegal deciphering chip (descrambler) in a satellite receiver; possession of a pirate cable box commonly known as a "black box"; registering their commercial establishment as a residential account instead of a commercial account; or ordering the event for their residence and moving their residential box to the commercial location.

      (4) Any of the above mentioned acts were intentional and were done for commercial financial gain and all required scheming and overt acts justifying the imposition of the maximum statutory damages.

      (5) Accordingly, Plaintiff respectfully requests that maximum statutory damages in the amount of $100,000.00 be awarded against each defaulting defendant as allowed under 47 U.S.C. § 605(e)(3)(c)(ii).

      B. Interest at the rate of six (6 %) per cent on said sum of $110,000.00 from the

**18th day of September, 1999.**

       8. Plaintiff requests judgment by default on each cause of action against defendants as follows:

      **MINERVA RAMIREZ SANDOVAL, Individually,** in the aggregate sum of ONE HUNDRED TEN THOUSAND FIVE HUNDRED EIGHTY-FIVE  and 00/100 ($110,585.00) DOLLARS, together with  interest on the sum of ONE HUNDRED TEN THOUSAND DOLLARS ($110,000.00) from the **18th day of September, 1999;**

      **DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB,** in the aggregate sum of ONE HUNDRED TEN THOUSAND FIVE HUNDRED EIGHTY-FIVE  and 00/100 ($110,585.00) DOLLARS, together with  interest on the sum of ONE HUNDRED TEN THOUSAND DOLLARS  ($110,000.00) from the **18th day of September, 1999;**

      9. The Judgments requested herein are for a sum certain and therefore no inquest is necessary.

      10. Pursuant to Rule 54B, there is no just reason for delay in these default judgments as the interest of justice require the issuance of judgment as requested without further delay.

      11. We respectfully ask the Court to accept the following statutory authority for the damage requested..

## I. APPLICABLE STATUTORY AUTHORITIES

1. Plaintiff seeks damages pursuant to 47 U. S. C. § 605 (e) (3) (C) (ii) which states:

> " In any case which the court finds that the violation
> was committed wilfully and for purposes of direct
> or indirect commercial advantage or private financial
> gain, the court in its discretion may increase the award
> of damages, whether actual or statutory, by an amount

of not more than $ 100,000.00 for each violation of
subsection (a) of this section."

2. Subsection (a) as referred to above, prohibits the unauthorized reception (interception)

and divulgence (publication/dissemination) of said broadcast.

3. Plaintiff also seeks the same award of damages as authorized by 47 U. S. C. §

605 (e) (3) (C)(i) (II) which provides:

" the party aggrieved may recover an award of statutory
damages for each violation of subsection (a) of this section involved
in the action in a sum of not less than $ 1,000.00 or more
than $10,000, as the court considers just, and for each
violation of paragraph (4) of this subsection involved in
this action an aggrieved party may recover statutory damages
in a sum not less than $10,000 or more than $ 100,000, as the
court considers just".

4. Paragraph (2) as referred to above prohibits the "modification" of equipment used to assist

in the reception of broadcasts such as the one presently before this Court.

5. In sum, plaintiff seeks recovery from this defendant upon the following authorities:

## FOR VIOLATION OF 47 U.S.C. § 605 (a) INTERCEPTION & PUBLICATION

A.      47 U. S. C. § 605 (e) (3) (C) (ii)- Statutory award increase of $ 100,000.00

B.      Interest thereupon.

## FOR VIOLATION OF 47 U. S. C. § 605 (e) (4) MODIFICATION

A.      Statutory damages of $ 100,000.00.

B.      Interest thereupon.

6. It is respectfully submitted that the increased statutory damage award sought by plaintiff

is authorized pursuant to statute.

## II.  APPLICABLE AUTHORITIES

7.  In **Time Warner Cable of New York City, v. Ivan Olmo**, 977 F. Supp. 585 (E D N Y

**1997),** Judge Trager adopted the recommendation of Magistrate Judge Levy, that he award increased

statutory damages, which is also set forth at **977 F. Supp. 585.**

8.  The **Olmo** decision concerns claims against Mr. Olmo for which he admitted violations

of both statutes being litigated herein. Although dealing with his admitted modification of two

devices, the court increased the damage award pursuant to statute against the defendant by holding:

> " In addition, the court may draw an inference of willfulness
> from a defendant's failure to appear and defend an action in
> which the plaintiff demands increased statutory damages based
> on allegations of willful conduct. See **Fallaci v. The New Gazette
> Literary Corp., 568 F. Supp. 1172, 1173 (S.D.N.Y. 1983)** (inferring
> willfulness from defendant's default in a copyright infringement case)".
> **Olmo at 589**.

9.  Admittedly, the **Olmo** decision is not within the Fifth Circuit and deals with an admission

made by the defendant to an investigator, however, the decision is applicable to the present litigation

as persuasive authority for the plaintiffs request for maximum statutory damages.

10.    The same rationale has been adopted in the Third Circuit as it pertains to the similar

statutory authority provided to District Court's by the Copyright Act, see; 17 U. S. C. § 504 (c) (2),

which provides for similar increases of awards for violations of the Copyright Act which are found

to be "willful".

11. In **Sony Music Entertainment, Inc., v. Cassette Productions, Inc.**, 1996 U. S. District

**LEXIS 21549**, (a copy of which is annexed hereto as exhibit "C"), Magistrate Judge Hedges made

the following observation:

CtsPDF - www.texis.com

> " It is reasonable for the Court to consider a Defendant in
> default as willful, in exercising its discretion within the
> "sliding scale" of its authority to award statutory damages,
> because a Court's award of statutory is the only deterrent that
> will have any effect on a Defendant". **Sony at p. 7**.

12. In the Fifth Circuit it is well settled that the Court may accept the well pleaded allegations contained in a complaint as true, when, as in the instant case, the defendant has defaulted in appearing, see; **Nishimatsu Construction Co. V. Houston National Bank, 515 F. 2d 1200 (5th Cir. 1975).**

13. The Court is provided with wide discretion in determining the amount of statutory damages to be awarded, see; **Broadcast Music Inc. v. Xanthas, 855 F. 2d 233 (5th Cir. 1988)**

14. It is respectfully submitted that the burden of proof shifts to the defendant once he admits the allegations contained in the complaint by his default, **Fed. R. Civ. P 8 (d)**.

15. In this vein court's have considered this factor as in a copyright infringement action to justify the awarding of enhanced damages against a defaulting defendant. In **BMI, Inc., v. R Bar of Manhattan, Inc., 919 F. Supp. 656 (S.D.N.Y. 1996)**, Magistrate Grubin, in recommending an enhanced damage award wrote:

> " an award of statutory damages totaling $ 12,000
> ($ 1,500 per song) is appropriate to compensate the copyright
> owners herein and to provide a deterrent for defendants and
> other would-be infringers. That sum is approximately five times
> what BMI license fees would have been plus plaintiffs' investigative
> expenses. That multiple of license fees is at the upper range
> of statutory damage awards in similar cases and *is high enough
> to deter others from calculating that it would be cheaper to
> violate the copyright laws than to obtain an appropriate
> license agreement"*(emphasis ours), **BMI at 660.**

16. For the Court to award minimal statutory damages against the defaulting defendant would result in the unintended result of actually awarding those individuals who wrongfully and

wilfully intercept and exhibit broadcast signals. As held in a similar action brought under the

copyright act the Supreme Court cautioned against minimal damage awards by stating:

> " [A] rule of liability which merely takes away profits from
> an infringement would offer little discouragement to infringers.
> It would fall short of an effective sanction for enforcement of
> the copyright policy. The statutory rule, formulated after long
> experience, not merely compels restitution of profit and
> reputation of injury but also is designed to discourage wrongful
> conduct.........Even for uninjurious and unprofitable invasions of
> copyright the court may, if it deems just, impose a liability within
> statutory limits to sanction and vindicate the statutory policy"
> **F.W. Woolworth Co. V. Contemporary Arts, Inc.,** 344 U.S. 228 (1952)
> **at 233.**

17.     It is respectfully submitted that such a finding can be easily determined by the Court,

in its sound discretion upon the documents provided in the motion for default judgment.

18.     Finally, the intent of the relief sought by plaintiff is more equitable rather than legal

in nature. Therefore, plaintiff contends that the Court should view its requested damages in a manner

which is calculated to do equity to those who so deserve. For a discussion of the equitable nature of

this remedy see, **Storer Cable Communications, Inc. v. Joe's Place Bar & Restaurant,** 819 F.

**Supp. 593 (W.D. Ky. 1993).**

19.     Plaintiff's litigation expenses as associated with the formation, pleading and filing

of the above captioned matter are as outlined below:

a. Filing Fees -         $150.00 per defendant

b. Service of Process- $160.00
Attached hereto as **Exhibit "C"**, please find invoices from Profile Lawyers Services

c.  Investigative Cost - $275.00 per defendant
See attached **Exhibit "D"** Affidavit of Entertainment by J & J, Inc.

19.  We respectfully request  that judgment be entered in favor of plaintiff and against

defendant in the manner stated herein.

**WHEREFORE**, plaintiff **JOE HAND PROMOTIONS, INC.** , requests that the

default of the defendant(s)

**MINERVA RAMIREZ SANDOVAL, Individually**

**DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**

be noted and that judgment be entered in favor of plaintiff and against defendant in the manner

stated herein.

Dated: June 19, 2001
     Ellenville, NY 12428

                             Julie Cohen Lonstein, Esq.
                             Attorney for Plaintiff,
                             Attorney in Charge
                             NYS Bar Roll No.  2393759
                             S.D.T.X. Admission No.  21857
                             1 Terrace Hill, PO Box 351
                             Ellenville, NY 12428

Sworn to before me this 19th
day of June, 2001

                             Tel:  (845) 647-8500
                             Fax:  (845) 647-6277

*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2003*

-10-

## CERTIFICATION OF SERVICE

The undersigned duly certifies that the following documents:

> Request for Default
> Affidavit in Support of Request for Default
> Clerk's Certificate
> Motion for Default
> Statement for Judgment
> Default Judgment

were served on the 22nd day of June, 2001, via First Class, Certified Mail, Return Receipt Requested United States Mail, postage pre-paid upon the following:

> Desperado's Nightclub
> Attn:  Minerva Ramirez Sandoval
> RR 1 Box 737
> Raymondville, TX 78580
> Our File No.  C99-5TX-S07
> Article No.  7099 3220 0010 9497 4136

Julie Cohen Lonstein, Esq.

Case 1:01-cv-00051  Document 18  Filed in TXSD on 06/25/2001  Page 12 of 74

# ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ **DISTRICT OF** ___TEXAS___
BROWNSVILLE DIVISION

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999**
**DeLaHoya/Trinidad,** Program,
                                Plaintiff,

**V.**

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S
SPORTS PUB & GRILL a/k/a BT'S  a/k/a BT'S SPORTS BAR
and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR, et al,
                                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **B-01-051**

TO: (Name and address of defendant)

**MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a
DESPERADOS NIGHTCLUB** and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB
**RR 1, Box 737**
**Raymondville, TX  78580-9722**
**Our File No. C99-5TX-S07**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within __twenty  (20)__ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

Michael N. Milby, Clerk

MAR 2 3 2001

CLERK

_(signature)_

(BY) DEPUTY CLERK                                    DATE

# OFFICERS RETURN OF SERVICE

# ORIGINAL

COUNTY: FEDERAL      CASE # B-01-051      **COURT**

Clt. Ref.# 9926075      Clt.# 914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

VS

BALDEMAR TORRES, JR. INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL A/K/A
BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01  Time: 14:00:00

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/23/01  Time: 17:30:00**

Executed at: Rr 1 Box 737
     Raymondville, TX 78580

to the following: **Sandoval, Minerva Ramirez Individually And D/B/A**
     **Desperado's Nightclub A/K/A Desperados Nightclub**

___ PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
who is sixteen (16) years of age or older, at the above listed address which is the
usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

_____
Eddie M Gonzalez

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____

Witness Fee Tendered:_____

_____
Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2001.

_____
NOTARY PUBLIC SIGNATURE

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005



099-NTX-507

ORIGINAL COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ **DISTRICT OF** TEXAS
BROWNSVILLE DIVISION

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999**
**DeLaHoya/Trinidad,** Program,
                              Plaintiff,

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:    B-01-051

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S
SPORTS PUB & GRILL a/k/a BT'S  a/k/a BT'S SPORTS BAR
and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR, et al,

                    Defendants.

TO: *(Name and address of defendant)*

MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS
NIGHTCLUB and **DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB**
**589 N. 7th Street**
**Raymondville, TX   78580**
**Our File No. C99-5TX-S07**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY *(name and address)*

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, Box 351
Ellenville, New York   12428

an answer to the complaint which is herewith served upon you, within ___twenty___ ___(20)___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

**Michael N. Milby, Clerk**                        MAR 2 3 2001

CLERK _____          _____
                                          DATE

(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE       ORIGINAL

**COUNTY: FEDERAL**          **CASE # B-01-051**          **COURT**

Clt. Ref.# 9926075          Clt.# 914

ENTERTAINMENT BY J & J, INC., AS BROADCAST LICENSEE OF THE
SEPT. 18, 1999 DELAHOYA/TRINIDAD, PROGRAM

   VS

BALDEMAR TORRES, JR. INDV. & D/B/A BT'S SPORTS PUB & GRILL
A/K/A BT'S SPORTS BAR AND BT'S SPORTS PUB & GRILL A/K/A
BT'S SPORTS BAR, ET. AL.

The documents came to our hand for service on 04/20/01  Time: 14:00·00

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on **04/23/01**  Time: **17:30:00**

Executed at: Rr 1 Box 737
       Raymondville, TX 78580

to the following: **Desperado's Nightclub A/K/A Desperados Nightclub**
          **By Serving Minerva Ramirez Sandoval-Owner**

_____ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
who is sixteen (16) years of age or older, at the above listed address which is the
usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address

                       Eddie M Gonzalez

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VEPNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notice.

Service Fee:_____

Witness Fee Tendered:_____

                   Eddie M Gonzalez
                   Professional Civil Process/Brownsville
                   700 Paredes Ave. Suite 208
                   Brownsville, Texas 78520

STATE OF TEXAS}

            VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2001.



                   NOTARY PUBLIC SIGNATURE

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

C99-5TX-S07

TX219

AFFIDAVIT OF: **JOHN C. CISNEROS** _____ (name of auditor)

COUNTY OF: **WILLACY** _____ STATE OF **TEXAS** _____

BEFORE ME, the undersigned authority, on this day personally appeared **JOHN C. CISNEROS** (name of auditor), and after being first duly sworn according to law, deposes and states as follows:

1.  My name is **JOHN C. CISNEROS** _____ (name of auditor). I am over the age of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein, personally acquainted with the facts stated herein, and state that they are true and correct.

2.  I am currently employed by:
    **BULLETPROOF**

3.  At approximately **9:30** p. m. on **SATURDAY**, September **18**, 1999, I entered:

    (name of establishment) **DESPERADOS NIGHT CLUB**

    **589 N. 7th RAYMONDVILLE TEXAS 78580**
    (street number and address)                    (city, state, zip code)

    At that time, I observed that **DESPERADOS NIGHT CLUB** (name of establishment) was displaying the Oscar de la Hoya vs. Felix Trinidad boxing match and/or its undercard preliminary bouts. I took a head count at this time and counted approximately **90** (number of) persons inside the establishment. I also noticed there were **2** (number of) televisions and/or monitors for viewing by patrons inside this establishment.

4.  The television monitor(s) displayed the following (the identity of any boxing activity witnesses, specifically, if applicable, names of fighters, color of boxing trunks, round number, time remaining in round; and logos as they appear on the microphones, ring mat, ring posts or television screens):
    **DOWNEY BLACK TRUNKS BLACK TOP ST. JOHN PINK OUTFIT ST. JOHN WINNER. GTE AND WESTERN UNION DIPLAYED ON TIME CLOCK.**

PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE
BY _____ (signature of auditor)

_____ JOHN C CISNEROS _____ (printed name of auditor)

DATED **Sept.** (month) **20** (day), 1999

SWORN TO AND SUBSCRIBED THIS **20th** DAY OF **September** (month), 1999.

Notary Public in and for the State of: **Texas**      MY COMMISSION EXPIRES.

_____ (signature of Notary Public)

ALEX MARTINEZ
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-06-2001

**CHECKLIST**

1. Name of Auditor. _John C Campos_

2. Auditor's date of birth: _062374_

3. Name of Employer. _Bulletproof_

4. Name and address of the commercial establishment (please include full address including zip code).

_Desperados Night Club_

_589 N 7TH Raymondville TX 78580_

5. Did the establishment advertise or promote the telecast in any way?  If so, please describe any banners, flyers, posters or any other promotion you observed:

_NONE_

6. Was there an admission or cover charge?  If so, how much?  _NO_

Please answer 7A or 7B or both, if applicable, below.  If you observed boxing activity on the screen, answer 7A.  If you observed activities other than boxing (announcers, interviews, etc.), answer 7B.  Please fill in as many blanks as possible.

7A.  During my visit to the establishment, I observed the boxing match featuring

_Downey_ vs _St John_ (name fighters).

_Downey_ (name one of the fighters) wore _Black_ color trunks,

while _St John_ (name the other fighter) wore _Pink_ color

trunks  The fight appeared to be in the _____ round.

AND / OR

7B.  During my visit to the establishment, I observed the announcers discussing the fight card.  The

announcers were wearing _____  I noticed

that the _TVKO_ logo appeared on the microphones.

Specifically, the announcers were discussing _____

Other activity I observed on the screen included _____

8.  I observed a total of _2_ television sets in the establishment displaying the telecast.  Of

the _____ _____1_____ were big screens.

9   Provide a detailed description of at least one employee (name, gender, physical description, employee's position with the establishment, etc.)

Hispanic Male mid 30 5 11 180 Black Hair Black Mustech Blue long Sleeve Shirt

10. Miscellaneous Notes:

(ITF AND WESTERN UNION APPEARED ON TIME CLOCK

# ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
-------------------------------------------------------------

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

        Plaintiff,

    -against-

BALDEMAR TORRES, JR., Individually, and
d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S
a/k/a BT'S SPORTS BAR and BT'S SPORTS
PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR;

MARCELLA LOUISE ERVIN, Individually, and
d/b/a PELICAN'S and PELICAN'S;

**MINERVA RAMIREZ SANDOVAL,
Individually and d/b/a DESPERADO'S
NIGHTCLUB a/k/a DESPERADOS
NIGHTCLUB and DESPERADO'S
NIGHTCLUB a/k/a DESPERADOS
NIGHTCLUB**;

        Defendants.
-------------------------------------------------------------

**PLAINTIFF'S AFFIDAVIT**

Civil Action No.  B-01-051

STATE OF FLORIDA     }
                   }ss.:
COUNTY OF PALM BEACH }

    **SKIP KLAUBER,** , being duly sworn, deposes and states the following:

    1. I am Attorney in Fact for of Plaintiff, **ENTERTAINMENT BY J&J, INC.,** and
as such am fully familiar with the facts, circumstances and proceedings heretofore had herein.

    2.  I make this affidavit in support of Plaintiff's request to recover, maximum

-1-

statutory damages, investigative costs, and interest in the within request for judgment by default.

3. The Plaintiff purchased the territorial rights to exhibit the **DeLaHoya/Trinidad** fight which was held on **September 18, 1999.** Our company thereafter marketed the sub-licensing of the broadcast in the State of **Texas** for a fee.

4. To explain the history of Plaintiff's claim, your deponent submits that simultaneously with the advent of Pay-Per-View showing of these types of broadcast, of which our company stands at the forefront, we began to experience a serious erosion of the sales of Pay-Per-View broadcasts to commercial establishments throughout the United States of America and in particular the State of **Texas.** Thereafter, we endeavored to find out what was the basis for the erosion. Much to our disappointment, we discovered that the cause of the erosion of our customer base was the piracy of our broadcasts by unauthorized and unlicenced establishments.

5. In response, we embarked upon a program which was designed to identify and prosecute commercial establishments which stole our broadcasts for the average fight in the State of **Texas.** For the **DeLaHoya/Trinidad** fight which was held on **September 18, 1999** in the State of **Texas, ENTERTAINMENT BY J&J, INC.,** expended the sum of approximately $300,000.00 in anti-piracy investigations.

6. **ENTERTAINMENT BY J&J, INC.,** through the use of a license private investigator paid a fee of approximately $275.00 to each investigator in connection with each illegal location which was observed and identified by said investigator.

7. To insure that only illegal locations were visited by the investigators, my company prepared and distributed a list of authorized and legal locations who paid the required fee to broadcast the **DeLaHoya/Trinidad** fight which was held on **September 18, 1999** and said list was

-2-

distributed to all investigative agencies prior to visiting unauthorized locations on **September 18, 1999.**

8. It is essential that I communicate to the Court that to the best of my knowledge this programing is not and cannot be "mistakenly or innocently intercepted". Some methods that a signal pirate can unlawfully intercept and broadcast such program illegally are as follows without limitation:

A. The use of a "blackbox" which is purchased for a fee and when installed on a cable TV line will allow for the descrambled reception of a pay-per-view broadcast, or

B. The purposeful misrepresentation of a commercial establishment as a residential property would allow the purchase of a pay-per-view broadcast between the sum of $25.00 and $50.00, or

C. The use of a illegal cable drop or splice from an apartment or home adjacent to the commercial establishment premises who would purchase the broadcast at a residential price and divert the program to the commercial establishment and/or

D. The same initial actions being employed with respect to a "DSS Satellite Systems" or a "C-Band Satellite System.

These forms of satellite theft also involve the misrepresentation of a residential location, purchase of illegal unincryption devices, and/or the purchase of illegal satellite authorization codes which are readily available on the Internet and in trade publications which are presently unregulated in the Nation of Canada. Attached hereto and made a part hereof are various examples of same.

9. Turning these facts to the matter before the Court I have been advised by counsel

-3-

that the Court has the discretion in the awarding of damages for these nefarious and illegal activities.

10.  It is respectfully submitted to this honorable Court that the unchecked activity of signal piracy not only has resulted in my family's business being pushed to the brink of financial ruin, but also has a negative effect upon lawful residential and commercial customers of cable and satellite broadcasting whose costs are necessarily increased significantly by these illegal activities.

11.  We at **ENTERTAINMENT BY J&J, INC.,**  believe that such acts of piracy have cost us in excess of two million dollars ($2,000,000.00) in the last few years while at the same time causing a reduction in our lawful business resulting from the perceived lack of consequence for such unlawful interception.

12.  I therefore, humbly ask this Court to grant the maximum allowance for statutory damages due to the fact that such actions are **per se** intentional and do not and cannot occur without the willful and intentional modification of electronic equipment, the business misrepresentation of a commercial establishment as a residential one or,  the removal of cable traps or devices designed to prevent such unauthorized exhibits.

13.  We have expended additional tens of thousands of dollars with respect to our engagement of counsel to prosecute these matters.  In this area, it has been very difficult to obtain representation with an attorney who at the end of a Federal Court litigation he or she are only being presented with a small judgment which is of dubious collectability.  Therefore, I would ask that the Court award the sum of $1,500.00 in attorneys fees per location, as we average an expense far greater on that amount on a statewide and national basis.

**WHEREFORE** your deponent respectfully requests that this Court find the defendant in default and grant the Plaintiff's request for maximum statutory damages in the sum of $100,000.00 plus $10,000.00 as additionally allowed plus interest at the rate of six (6%) percent

-4-

from the date of the fight and investigative costs associated with this action at $275.00 per defendant and attorneys fees in the sum of $1,500.00 for each of the above underlined in the caption.

Dated: June 15, 2001

_____
SKIP KLAUBER
Attorney in Fact for
**ENTERTAINMENT BY J&J, INC.**

Sworn to before me on this 15th day
of June, 2001

_____
Notary Public- State of Florida

OFFICIAL NOTARY SEAL
JACQUELINE E BENNETT
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC749773
MY COMMISSION EXP. JULY 24,2002



the mother.

"She is a woman of integrity, who decided to tell the truth rather than protect her son, who was stealing, who was a thief. She was called on to tell the truth, and she did tell the truth."

Craig Burgess was allowed to remain free on bail to await trial. ■

# He's held on cable TV piracy count

### by Dave Racher

*Daily News Staff Writer*

The cable TV investigator was looking for a signal from a Northeast Philadelphia man last September.

A signal that Robert Shuller, 30, was operating an illegal cable TV descrambling business at his apartment on Ridgeway Street near Nandina in Somerton.

So Michael McCloskey called Shuller and pretended to be interested in buying altered cable boxes.

"The defendant indicated to me that he could provide me with a cable box able to receive free pay-per-view on any system in the area," said McCloskey during a preliminary hearing yesterday.

Assistant District Attorney Reeve Swedinston said McCloskey wound up breaking up a "major" signal-stealing racket.

Yesterday, after the hearing before Municipal Judge William A. Meehan Jr., Shuller was ordered to stand trial on a series of fraud charges, including theft of services and manufacturing unlawful telecommunication devices.

"The evidence showed that he is one of the biggest players in the field and probably one of the biggest in the Northeast," said Swedinston.

McCloskey testified that Shuller was charging $200 for the sale of an altered cable box, and $90 for altering one brought in by a customer.

If someone brought in 10 boxes, Shuller would reduce the price to $60 per box, McCloskey said.

The witness said Shuller once demonstrated how he opened cable boxes and replaced computer chips so buyers could see scrambled stations for free. ■

# Free Cable

First of all, take note of what channels you DON'T have. Try some like HBO, Cinemax, Showtime, Disney?, Encore, Movie Channel, etc., etc. These come in handy when you finally get them. Next, it is very importa you do this when no one is outside, otherwise the entire plan will be ruir

Go outside. Find where you cable relay is. Not the one on your house, bu the one in your alley, telephone poll, backyard, frontyard, or near your house. The BOX type cable relay is usually green or gray. These are the easiest to break into. What you need is a hammer and a point (optional). What really works good is a geologist hammer. Anyways, once you get lock off take a look at the cable relay. There is sometimes more than one cable line into the box. This is probably your neighbors cable. Find the c in the box that is on your side. Confusing? Here let me show you.

```
      ffffffffffff

f    /\   /-\ f         f = frame of cable box

f   () | () | f         | = cable line

f   () | () | f         () = Metallic tubes that blc

f   | !| | f            g = Ground              )

f   | || | f

f   | || | f

f   | || | f

f   | || | |

gggggggggggggggggggggggggggggggg

          /^\    /^\

           |      |

 --Your house--- /    \ --Neighbors house-->
```

Ok, your operation is to remove the little silver looking tubes. These tub block out channels like HBO and Showtime. Take off one of the little tu Close the box, go inside, turn on your T.V and flip through the pay chan

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 26 of 74

to see which channels you got. Ok, you keep removing them until you h.
every single pay channel imaginable. There is one problem with this pla
next time the cable man comes by and sees you have been ripping off ov
$50 worth the pay channels every month, he is going to be pretty mad. S
he'll probably disconnect your cable. Just think about it though. "Uhhh
ohhhhh! this will be REEEEAAAALLLL HARD to reconnect." Just go
to the cable box and reconnect the disconnected wires. One way to get
around this is to give everybody in your neighborhood free pay channels
that way he can't convict the culprit. If you keep doing this every month
being caught then you got it made. Otherwise they will permanently
disconnect your cable and take you to small claims court for every dolla
worth of cable you stole.

For you people whose cable relay is on a telephone pole, you are going t
have to get a long ladder and climb up it. Just find the cable wires leadin
into your house. Take ALL of the tubes off since you are sort-of in a hur
Take your ladder down and go inside, make a glass of ice-tea and enjoy
cable.

Since it is late at night, there will probably be some good movies on
Showtime or Cinemax. See? Being bored can be fun!

*Note: This was found in cyberland somewhere and I don't know the original author. I'm not responsible f.
info contained*

0.) FOIL ANTENNA HOW TO DESCRAMBLE CABLE WITH
ALUMINUM FOIL

1.) SCRIBBLE VISION HOW TO GET CABLE BY OPENING UP YO
TVS

2.) $12 DECODER BUILD A CABLE DESCRAMBLER WITH 7
SIMPLE PARTS

3.) RELAY CRACK HOW TO GET YOU AND YOUR NEIGHBORS
FREE CABLE

4.) FOIL ANTENNA 2 A DIFFERENT WAY TO USE ALLUMINUM
FOIL

5.) VENDORS PLACES WHERE YOU CAN BUY DESCRAMBLER!
FILTERS.TEST CHIPS ETC.

6.) BOXES HOW NOT TO GET CAUGHT WITH BULLETS AND
TRICKS

7.) NOTCH FILTER WHERE TO BUY THESE FILTERS. AND HOW

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 27 of 74

THEY WORK

8.) GATED SYNCS ANOTHER PLAN

9.) EURO TV COMPLETE PLAN WITH COMPONETS LIST

10.) SYNC REGENERATORS CLEARS UP CONFUSION ABOUT SYNC

11.) IDENTIFY FIND OUT WHAT DESCRABLING METHOD YOU CABLE COMPANY IS USING (Includes Pictures)

12.) CABLE TV FYI INFORMATION ABOUT CABLE

13.) WIRELESS FAQ INFORMATION ABOUT WIRELESS CABLE

14.) TURN ME ON HOW A BULLET BLOCKER ID GETS PREMIUI CHANNELS

15.) CABLE GUIDE CUBES, CONVERTERS, FILTERS, TOOLS. ANI TEST CHIPS

16.) MAXI DECODER A PLAN FOR CABLE WITH SYNCONIZATI CODING

17.) VIDEO BASEBAND EASILY DESCRAMBLES SUPPRESSED SYNC VIDEO

18.) JERROLD CUBE THE GROUP 42 PLAN FOR A UNIVERSAL CUBE/WPCB

19.) CABLE FREQUENCIES CABLE TV FREQ. FOR RE-ADJUSTIN

20.) STEALING TV STEAL CABLE WITH MAGNETS OR FROM YOUR NEIGHBOR

21.) INTERCEPT LEAKS RECEIVE TOTAL CABLE SERVICE WITHOUT PAYING

Copyright 1998,1999 Alex Davidov  Legal Disclaimer & Copyright Notice



## WHAT BOX DO I NEED?

Knowing which cable box you need for your area
is just a phone call away! Call TOLL FREE
800-298-9054 and one of our courteous
and trained personnel will assist you.
He or She will inform you of the
various boxes available as
well as answer any and all questions
you might have.

Simply call TOLL FREE
1-800-298-9054

# HOOK-UP GUIDELINES

In order for the notch filter to properly eliminate interference, the filter must be hooked up correctly.  The filter should be placed before all other devices.  This is important because whenever the signal is demodulated (the RF signal is separated into video and audio), the interference becomes impossible to remove.  This means the notch filter should be placed before any decoder boxes or VCRs.  You can place the notch filter after a channel selector box to remove interference on whichever channel the selector is on.

## THIS



When used with Channel Box, with #2, #3 or #4  Filter Only

When used with Channel Box, with #2, #3 or #4 filter

When used with a Cable-Ready TV, used a filter for the bad Channel(s)

Used this with Cable Box  for Channel  higher then #5

## Not This

You can not use the VCR as your channel box  (This will not work)

This will not work. The filter has to be connected before the V.C.R.

Bullet Installation only connect to input of Cable

**Note:**  If you want to use the bullet eliminator with your decoder box, make sure that it is place immediately before the decoder

## TUNING PROCEDURE

Built filters have been tuned to the specified channel marked on the filter.  Most of the time the filter needs to be fined tuned  First you must use a jeweler's type screw driver or you could damage the components.  The fine tuning adjustment of the filter is very critical.  The slightest movement of the controls may lose the settings.  When tuning the filter, turn the Freq. Adjust first until the picture comes in best.  Then turn the fine tuning until the picture is as clear as possible  Repeat the two steps until the best picture is achieved.

CMPDF - www.fasiso.com

# The Bullet Eliminator 



Cable TV services have come a long way since they put antennas on hilltops to relay programs to customers hidden in radio "shadows". People subscribed to what used to be called community TV, because they had to, not because they wanted to, but now this has all changed. Cable TV offers scores of channels and special programs not available from commercial channels, for a monthly fee. The latest estimates place the number of homes in the U.S. with cable TV at 52 million, an astounding 61% of all homes.

However, Cable TV has become a victim of its own success. Many people want the programming but are unable or unwilling to foot the monthly bill. So many have turned to "pirating" the programs with unauthorized converters. Not surprisingly, the cable TV companies are striking back at unauthorized (nonpaying) user by charging them with "theft of service." According to the National Cable Television Association, U.S. cable companies lost $3billion in revenues because of pirating in 1991. The cable companies have developed counter measures to root out offenders. These include the infamous BULLET (see Radio-Electronics, January and April 1992). The selective BULLET will ZAP only unauthorized TV converters or descramblers hooked up to the cable. With fully addressable systems, Cable TV companies send data to your converter over the cable with an FM signal called a data channel.

This is done by frequency modulating the data at 106.5 MHz. Cable companies use addressable converters because they are cost effective and convenient. When a customer calls for a change, or orders a pay-per-view movie, these instructions can be carried out automatically with the cable companies' computer. However, not all homes with Cable TV have addressable converters yet.

You can find out if your cable system is addressable and thus susceptible to the BULLET by finding the data channel. First, hook up your FM receiver to the Cable TV system. Then, scan the FM band to pick up any high pitched buzzing noises, usually around 106.5 MHz. The Bullet Eliminator will remove the noise and prevent you from being a target for surveillance and an electronic shield that will block the BULLET.

Case 1:01-cv-00051  Document 18  Filed in TXSD on 06/25/2001  Page 31 of 74



 **Return to Video Media'sHome Page**



Video Media,
P.O. Box 93/6025
Margate, Fl. 33093
1-954-752-9202

Filter Kits with all Parts

Quantity = 1 to 2 Price $ 20.00 each
Quantity = 3 to 9 Price $ 15.00 each
Quantity = 10 to 20 Price $ 9.00 each
Quantity = 21 & up Price $ 7.00 each

# Zenith Chip Prices

Quantity = 1 to 10 Price $ 14.99 each
Quantity = 11 to 50 Price $ 12.50 each
Quantity = 51 to 100 Price $ 10.00 each

# Shipping Charge

UPS Ground $ 4.00 per order
UPS 3-Day Air $ 6.00 per order
UPS 2-Day Air $ 8.00 per order

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 32 of 74

# Descrambler FACTS:

*This page was designed to answers most of the consumer's questions about cable TV descramblers and the dynamics behind the industry.*

**1. Are Descramblers legal ?** YES! Descramblers are legal. If your cable TV company can possess & rent the box to you then you can own the box yourself. An example in time would be when AT & T rented telephones to consumers. The feds directed that it was legal for consumers to own their own phone. Now you wouldn't consider buying only from ATT. The cable TV industry is in its early stages relative to this development. It is legal for you to purchase and it is legal for you to own. When you buy a cable box it is your responsibility to inform the cable TV company that you are accessing their signal. It is illegal to receive their transmission without paying for it. This holds true even if your cable box is purchased as a non-addressable, non-detectable, and "bullet proof" unit.

**2. Are all Descramblers and Converters alike?** No. Prices can range from $24 to $225 on our page depending on budget and amount of features included in the equipment. Some companies offer to sell you a description of how you can build(implied), with only 7 parts from Radio Shack, a descrambler. Some sell old converters and descramblers that are barely in date and likely to be replaced by the cable companies by higher technological grades of equipment. Some cable box sellers provide systems that hardly provide any benefit to the purchaser where the quality of reception is poor, without recourse. State of the art cable box companies will provide the most recent technology in a variety of packages tailored to fit the consumer's budget. They should provide two-piece systems, all- in-one combination systems

**3. Do you need a Converter if you have the cable company box, VCR, or a cable ready TV?** Yes you do. In order to establish a non-addressable system, it is essential to have a converter. A cable ready TV, VCR and a Cable Company box do not provide for this feature and in not doing so, cannot replace a converter. You must have a converter to use a descrambler. This is especially true if you are desiring a converter/descrambler that cannot be altered or addressed by your cable company.

**4. What is a Cable Converter?** An electronic tuning device that transposes all available channels from the cable company into either channel 3 or channel 4. A converter is simply a "channel changer" that cannot by itself descramble encoded premium channels. It allows you to receive all basic channels if your TV is not the cable ready type. When you add a descrambler to your converter, it allows you to view all premium channels.

**5. What is a Descrambler?** A Descrambler is a device that restores the picture and sound of a scrambled channel. A Descrambler must be used with a Converter (in a two-piece configuration) to be able to descramble all the premium channels of a cable system.

**6. What is a Converter/Descrambler?** A single (one-piece) unit capable of descrambling premium cable channels. This unit contains a converter and a descrambler, enclosed in a common box. This is also the most common type of equipment supplied by the cable company to subscribing customers. Customers usually pay a specified monthly rental fee for such equipment.

Case 1:01-cv-00051  Document 18  Filed in TXSD on 06/25/2001  Page 33 of 74

**7. What is an Addressable Converter/Descrambler?** This is a Converter/Descrambler that can be controlled by the cable company from their office location. Through remote coded messages sent via the cable system, the cable company can "address" the customer's unit to begin descrambling selected premium or pay-per view channels. An addressable unit allows the cable company to access your cable box to change the descrambling configuration or program. This function provides the cable company the ability to add or delete descrambling on the channels that come in through your cable line. A non-addressable unit does not provide the cable company access to the cable box program. The program remains stationary and is unchangable. Both cable box designs have the potential of receiving all channels, none or somewhere in between dependent on the box program.

**8. Cable terms: Basic Cable, Premium Cable, Pay Per View Services?** Basic Cable Service: The least expensive cable service provided by cable companies to their customers. This service usually includes Local TV channels which can be received directly from the broadcast signal of the TV stations. Premium Cable Service: Additional programming service provided by the cable company to subscribing customers. The extra fee for such additional service may be based on a per channel, per group of channels, or on any other combination of channels. Pay Per View: Selected channels that offer movies and special events such as sports or adult entertainment, for an additional fee, on a per movie or per program basis. A special "addressable" converter is furnished by the cable company to subscribers of this service. Through the use of special equipment, the cable company can "address" the customer's converter to descramble the program for which the fee was paid.

**9. Can your Descrambler work anywhere?** No. Descramblers are specific to each cable system. Different cable companies use different cable systems, characterized by the manufacturer's brand name and model number. You must use a compatible descrambler that works in your area but may not work in a different area.

**10. What do you do if your Converter/Descrambler doesn't work?** Call your Converter/Descrambler box source. Let them know that there are problems. Most companies want to correct any problems you are having. If you are working with a customer oriented company, they will work diligently to remedy your problem. Don't just let it go. They will want a satisfied customer who will refer them additional business. The company may not have a quick answer for about 5% of the problems out there. Be patient and work with your cable box company until you find the right converter/descrambler box for your area. Sometimes technology changes for your area and the source may need to do some additional research to get the desired image. Do this before the warranty/guarantee has run out. Even then there may be a solution.

**11. How can you improve the quality of your Converter/Descrambler reception?** Amplification may be needed to correct the problem. Whenever a cable signal is split between two or more TVs or routed to some other video components such as VCRs, the signal weakens and produces a poor quality picture. The weak signal may cause a "snowy" or gray picture, or may even result in weak color or lack of color. Since most cable viewers use several different video components, it is recommended that an amplifier be used to restore the signal strength and the picture sharpness. In most cases, the amplifier brings the picture "back to life" and restores its original quality. Consider using a 10db Amplifier to improve signal strength.

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 34 of 74

**12. What are "bullets" and can the cable company destroy my box ?** Bullets are nothing more than transmitted signal which effects the cable box program. It does not fry the guts of the equipment but rather may shut the box off temporarily, reprogram the box, or shut the box down in an error mode until service can rectify the problem. A non-addressable box will manage this process effectively. This is what is meant by a "bullet-proof" cable box.

**13. How do you determine the replacement for your cable box ?** 1) Get the brand name & the model number of the converter/descrambler unit that was supplied to you by your cable company. The brand name is located on the front of the box. The model # is located on the bottom of the box on a tag. 2) Look at the companies list of cable box products and their corresponding replacement descriptions (your equipment model number) in their catalog. From this you can determine what you will need or consult in conjunction with your cable box source for the right replacement.

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 35 of 74

# HACKERS RESOURCES

■

**AMERICAN HACKER NEWSLETTER**
**3494 Delaware Avenue**
**Buffalo, NY 14217-1230**
**Voice:/Fax 1-716-283-6910**
**$29.95 per year**
**DSS, Satellite,etc.**

■

**2600 MAGAZINE**
**SUBSCRIPTION DEPT.**
**P.O. BOX 752**
**MIDDLE ISLAND NY 11953-0752**

**SUBSCRIPTIONS:**

**USA**
**$21 PER YEAR**

**OVERSEAS**
**$30 PER YEAR**

**BACK ISSUES: 1984 TO 1994 AT $25 PER YEAR,**
**$30 PER YEAR OVERSEAS.**
**Good Information, Mostly on Telephones. Nice.**

■

**THE HACKERS UNDERGROUND DIGEST (THUD)**
**SUBSCRIPTION DEPT.**
**P.O. BOX 2521**
**CYPRESS, CA 90630**

**SUBSCRIPTION:**

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 36 of 74

**USA**
**$20 PER YEAR**

**FOREIGN**
**$35 PER YEAR**

**ALL FUNDS IN US DOLLARS ONLY**
**Like 2600, except covers more areas. Similar format. Nice.**

■
**BOMARC**
**P.O. BOX 1113**
**CASPER, WY 82602**
**1-307-234-3488**

**Need Schematics? Try These Folks. They Have over 3,000 Schematics For Lots Of Odd-Ball Stuff your Mother said to stay away from... Send 5 stamps (US-.32 cent) - Ask for Catalog, Give Field of Interest, i.e., TV, Cable, Satellite, Etc.**

**E-mail 'em at: ralphz@trib.com or BBS at: 1-307-266-2044 or Fideonet" at 1:303/15**

■
**SATELLITE WATCH NEWS**
**P.O. BOX 475**
**Rose City, MI 48654**
**517-685-3410**

**Subscription to SATELLITE WATCH NEWS is $34.95 per year,3rd Class Postage, $49.00 1st Class, USA. Long the heralded flagship of VideoCipher Hacking News, SWN now covers DSS and other systems as well.**

■
**NUTS & VOLTS MAGAZINE**
**SUBSCRIPTION DEPT.**
**430 Princeland Ct.**
**Corona CA 91719**

**SUBSCRIPTION:**

**USA**
**$19 PER YEAR - $35.00 2-YEARS**

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 37 of 74

**FOREIGN**
**$100.00 PER YEAR/AIR MAIL**

**What can I say.**
**The complete Monthly Resource for ANYBODY**
**Experimenting with ANYTHING!**
**Get A Subscription NOW!**

| Return To Home Page | Order Form | Ordering Instructions | Return To Technotes Page |
| --- | --- | --- | --- |

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 38 of 74



# YOU <u>DONT</u> HAVE TO
## PAY FOR CABLE TV ANYMORE!

From the desktop of Steve *'Cable Guy'* Gibbs
12:55 pm, March 08, 2000

Dear Internet Friend,

Wouldn't it be great if you recieved every single channel your cable
company provides? Pay per views.. Movie channels.. Sports channels..
Adult Channels.. Specialty channels..

**NOW YOU CAN GET EVERY CHANNEL YOUR
CABLE COMPANY RECIEVES FOR FREE!**

I have developed my very own software, that includes 31 methods on how to descramble
Cable TV. You may see other websites selling out-dated cable plans, but If you want
WORKING plans, please continue reading!

Im going to <u>show</u> you:

- How to intercept cable leaks
- How to steal cable with magnets
- How to use a Notch Filter to get 100's of channels
- How to use a relay crack, to get you and your neighbours
  cable!
- How to use "clone" and "3 musketeer" Satellite TV.
- How to get cable by opening up the back of your TV.

C##PDF - www.fastio.com

Case 1:01-cv-00051    Document 18    Filed in TXSD on 06/25/2001    Page 39 of 74

- How to build a Jerrold Cube *hot*
- My working European TV Descrambler system plans!
- I show you your cable companys reception (**saves you time!**)

### And over 13 different methods to get cable for free!

## Why pay for Cable?

Did you know it's perfectly legal to use your own cable descrambling equipment? Its true! You no longer legally have to use the cable company's expensive boxes!

### With my Package:

- Your going to **save a minimum of $360 a year**
- Your going to get more channels then you currently pay for!
- My Killer cable Plans work in Europe and North America!
- You can build boxes and sell them to friends!
- I show you 31 different **UNIVERSAL** ways to get cable!



## Start getting cable in under 10 minutes!

My software is the only working cable descrambling package on the net!

My new software has 31 methods on descrambling cable, and information on identifying your cable companys reception!

Personally, I don't see the point in paying a monthly bill for something you can get for free! Neither should you!

# You get these plans in my new Package!

| HACK CABLE | 1.The Hacker's guide to cable TV |
|---|---|
| PAY TV FAQ | 2. FAQ - Decoding pay TV - 1.2 |
| CABLE TV INFO | 3. Info for the simpleton to the guru about cable |
| $12 DECODER | 4. The old 7 step plans being sold on the internet |
| NOTCH FILTER | 5. A real working plan being sold on the internet |
| GATED SYNCS | 6. Another working plan being sold on the internet |
| 15 DOLLAR BOX | 7. How to build a cable descrambler for 15 dollar |
| RELAY CRACK | 8. How to get you and your neighbors free cable |

CutePDF - www.texiss.com

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 40 of 74

| FOIL ANTENNA | 9. How to descramble cable with aluminum foil |
| FOIL ANTENNA 2 | 10. A different way to use your aluminum foil |
| SATELLITE TV | 11.How you "clone" and "3 Musketeer" decoders |
| EURO TV | 12. Complete plans with components list and schematics2 |
| SCRIBBLE VISION | 13. How to get cable by opening up your TVs |
| SYNC REGENERATORS | 14. Clears up some confusion about syncs |
| IDENTIFY | 15. Find out which scrambling method your cable company uses |
| MAD PHONE-MAN | 16. Collection of 3 texts written by The MPM |
| LOGIC GOD I & II | 17. Collection of 2 texts written by Logic God |
| WIRELESS FAQ | 18. Frequently Asked Questions of wireless cable |
| TURN ME ON | 19. How a bullet ID blocker gets premium channels |
| CABLE GUIDE | 20. Cubes, converters, filters, tools, and test chips |
| MAXI DECODER | 21. A plans for cable with synconization coding |
| VIDEO BASEBAND | 22. Easily descrambles suppressed sync video |
| CABLE FREQUENCIES | 23. All the cable TV freq. for re-adjusting |
| STEALING TV | 24. Steal cable w/ magnets or from your neighbor |
| INTERCEPT LEAKS | 25. Receive total cable service without paying |
| SALORA | 26.Salora Cable Descramblers |

I teach you step by step how to build boxes! Best of all, I give you detailed diagrams so you <u>dont</u> make any mistakes!

I have hundreds of happy customers worldwide, that have put my special software to work and none of them pay for cable!

## Here are a few words from some of my happy customers!

*"At first I was skeptical about the plans working, because I live in Canada, but I ordered the plans, got instant access to the book, and It only took me about an hour to setup. Now I have all the channels I need!"* **Bob Glover, Hamilton Ontario**

*"Your e-book is great! I really like the fact that I got instant access to your book after I ordered and didn't have to wait. Me and my kids followed your instructions and they work! I now have 93 channels. Thank you so much!"* **Suzanne Wood**

*"I just want to say that your software is great. I now get all the wrestling pay per views, and it doesn't cost me a dime!"*
**David Appleton, Sandiego California**

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 41 of 74

## Start getting 100's of Channels in <u>under</u> an hour!

So, are you ready to get <u>every single channel</u> you can imagine for free?
Are you ready to save big money not having to pay for cable?

If you answer yes, your going to get *instant access* and download
my software within the minute your order via **secure credit card Transaction!**

## Order now and as a bonus I'm going to give you:

<u>**FREE BONUS #1:**</u> Im going let you in on my killer secret home
based business. Get the cable descrambler package, and get $40
off my home based business package free!

<u>**FREE BONUS #2:**</u> Im going to give you 5 FREE softwares that
allow you to watch TV on your PC for free when you order right
now!

<u>**FREE BONUS #3:**</u> When you order, I give you the rights to build
cable boxes, and sell them! You keep **100% PROFIT!**

# I HAVE JUST REDUCED THE PRICE!

If you order right now, I will let you in on my special deal.. I have
lowered the price of my software.. for **the next 177 visitors.**
From ~~$18.95~~
To:
NOW ONLY $12.95!!

Order Now! I don't know how long I'm going to keep the price so low!

Best of all, when you order right now, you get my package instantly!

Your friend,

Steve Gibbs
steve@cashcreators.net

**P.S.** - Your Going to save money, <u>**At least**</u> $360 a year on a cable
bill!
You will get Movie Channels, Pay per view, Regular cable.. FREE!
You can build cable boxes and sell them, **100% PROFIT!**

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 42 of 74

**P.P.S** - You get 31 cable descrambler plans, 5 Softwares that allow you to watch tv on your pc, detailed diagrams and easy to follow instructions! Your going to get alot of free tv! Enjoy!



Copyright © 2000 Steve Gibbs.  All Rights Reserved
#201-20 Van Horne St.
Penticton, BC
V2A 4J8



CLICK HERE   <

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 43 of 74



HOME   PRODUCTS   CONTACT US   DEALERS   SUPPORT   RETURNS   🔒 Shopping Cart

View Cart
Checkout

## YOU HAVE FOUND THE LOWEST
## PRICED CABLE BOXES ANYWHERE!!!
## &
## WE HAVE LOWERED OUR PRICES EVEN MORE!!!

Specials:

### FREE SHIPPING



NO HIDDEN SHIPPING COST!!!!

FREE 2 BUSINESS DAY FED EX SHIPPING FOR ALL
ONLINE CABLE UNIT OR RFT UNIT ORDERS AT RETAIL
PRICE !!! A $20.00 VALUE!!!
FREE STANDARD OVERNIGHT ON ORDERS OF
2 OR MORE CABLE OR RFT UNITS AT RETAIL PRICE
WHEN SHIPPED TO THE CREDIT CARD
BILLING ADDRESS OR C.O.D.
(SELECT SHIPPING OPTION - ONLINE ORDER FORM)

$ONLY AT WWW.ALL CABLE DESCRAMBLERS.COM!!!$

WE HAVE GONE TO AN ONLINE SALES FORMAT SO WE
CAN BLOW OUT OUR COMPETITIONS PRICES.

Note:

**NO NEVADA OR AREA CODE 916(SACRAMENTO) &
516/631(LONG ISLAND) Orders Please.**

The cable company is not aware of the use of these units. You must
pay for all channels that are viewable after installation!

Our products will NOT work on DIGITAL CABLE - If you have a
General Instruments DCT, Scientific Atlanta Explorer 2000, or a
PIONEER 9000(will work in HI).

Featured Product:



ALL NEW RANGER
5000  NEW
This is the newest universal
box on the market. We are
the first to introduce it & it

CVisPDF - www.lexisx.com

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 44 of 74





can only be found on the internet
**BEST PICTURE QUALITY OR YOUR MONEY BACK!!!**

*Buy this online* I More...

**Privacy Guaranteed:**

We understand the importance of keeping your personal information confidential. All information is used solely for sale purposes and will never be distributed to any other source without your knowledge.

**Warranty:**



**ALL PRODUCTS carry a 30 day money back guarantee (no questions asked) and a 1 year parts and labor warranty. Does not include $10 MIN. Shipping Charges. No warranty, either implied or expressed, covers in the event of cable operator system changes.**

## ALL UNITS ARE BULLET PROOF

Jerrold, Panasonic, Zenith, Pioneer, Scientific Atlanta, and Tocom are all registered trademarks. All references to the mentioned equipment are for identification purposes only.
We are in no way implying that any of the products we offer are original equipment, nor are we affiliated with the above mentioned companies. Our educational test activators are to be used for training serial communication specialists or self education hobbyist.
They are not intended to be connected to a cable system signal without paying for these services you use. Doing so maybe in violation of state or federal LAWS. We will not in any way sell these test devices for the purpose of cable theft or to be used on equipment that you do not own. You must read our disclaimer and agree to all of it's terms and conditions before purchasing our test devices.

cable descramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, movies, adult movies, free adult movies, free cable, porno, free porn , free sex, cable doscramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, movies, adult movies, free adult movies, free cable, porno, free porn ,free sex, cable descramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, movies, adult movies, free adult movies, free cable, porno, free porn ,free sex, cable descramblers, cable descrambler, cable box, cable boxes, rft plus, rft dam, rft-plus, rft-dam, cable tv, cable tv converters catv, cable converters, blackbox , black box , hbo , showtime , spice , pay per view channels, pioneer, jerrold, scientific atlanta, tocom, zenieth, boxing, mike tyson, free legal cable, free movies, movies, adult movies, free adult movies,

Case 1:01-cv-00051 Document 18 Filed in TXSD on 06/25/2001 Page 45 of 74

**cable boxes and tv descramblers**



digital cable descramblers and cable boxes digital

*Absolutely No New York Sales!*



**Free BUILT-IN bullet protectors on every item we sell (a $20 Value!) protects your equipment from power surges and other mysterious electrical signals (BULLETS).**

**Money Back Guarantee**

# *The best quality Universal ca box available for the price!*

## *If you want our top-of-the-line cable box click he*

### The NEW 2000 Viewmaster PLUS Multiview UNIVERSAL



This is the ORIGINAL, NOT a cheap imitation that others sell for $ less!! Satisfaction Guaranteed!!

**100% Satisfaction GUARANTEED! Our NEW 2000 Viewmaster Plus Multiview will ALL of the following systems! Guaranteed or your money back!**

Scientific Atlanta Cable Boxes *PERFECT* for 8610x, 8550, 8570, 8580, 8590, 8600, 8600, 8610x, st's.

Jerrold Cable Boxes CFT 2254 (98% of all /SP's!!), 2200, 2014, DPBB, DP-V7, DP7, DPV-5, DP5

Pioneer Cable Boxes BA 5000+, and BA 6110, 6310, and all Pioneers (except the 9000 and up).

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 46 of 74

**Hamlin Cable Boxes: ALL**

**Tocom Cable Boxes:** 5503, 5503 vip, 5507, 5507 vip

**Zenith Cable Boxes:** St 1000-1601, St 2600, ST5612, ST5622, ST 5xxx, HT2500 series, and MM250

**Oak Cable Boxes: ALL** except the Sigma

If you have a digital **Scientific Atlanta Exporer 2000** or a **General Instruments DCT** Please **CLICK**

Don't know what box your cable company uses? **CLICK HERE**

| | |
|---|---|
| <ul><li>**Prologic Surround Sound Compatable**</li><li>**192 Channels(125 VHF Plus UHF)**</li></ul>**Parental Control**<br>**Favorite Channel Memory**<br>**Sleep Timer**<br>**Last Channel Recall**<br>**Volume Control**<br>**Fine Tune**<br>**Full Function Remote**<br>**Left/Right Stereo Outputs**<br>**Video Output**<br>**HRC/IRC/STD Switch**<br>**Ch 3-4 Output**<br>**120v Power Outlet**<br>**100% Fully Upgradeable**<ul><li>**Colorburst Correction**</li><li>**Remote Inversion Correction**</li><li>**Fully Compatable with ALL home thaetre systems**</li></ul> | Do you have a home theater? Are you thinking about buying one? Our NEW re-designed Year 2000 View Master MULTIVIEW PLUS Universal PA is a great descrambler/converter and will NOT block surround sound signals like most other descramblers and converters on the market today—**the Storm Plus has stereo outputs, but will NOT even pass stereo!** Please NOTE—this is NOT last years model that others are selling at discount prices! This is the ONLY aftermarket box with auto sound correction that will NOT block surround sound signals. Do you want the BEST box available, with NO hassles, and a GREAT picture? The View Master MULTIVIEW Plus Universal has a BEAUTIFUL picture! Satisfaction GUARANTEED!!! |

Guaranteed to work or your money back! 30 day, money-back guarantee! ORDER NO

This is the ORIGINAL, NOT a cheapimitation that others sell for $40 less!!

Regular price: $349 NOW ONLY $279 Delivered COD or $

Credit Card Delivered with **FedEx**®

**ORDER ONLINE NOW—CLICK HERE!**

Case 1:01-cv-00051 Document 18 Filed in TXSD on 06/25/2001 Page 47 of 74

Don't lease, why buy boxes that are components? **CLICK HERE**

☐ *If you want our top-of-the-line cable box click here!*

**If you ave a Jerrold or General Instruments cable company converter, you also have the following option:**



This is the original, NOT THE CHEAP IMITATIONS that others sell for $26-$30 less! Our RFT-PLUS GOLD will place the CFT2000, 2014, 2024, 2054, CFT 2200, 2214, 2224, 2254 all DPV-7's and all DPBB's systems into FULL Test Mode! This is the best quality RFT-PLUS Gold made and is built to last for years! If you want the absolute best quality tester on the market, OUR Rft-Plus GOLD is what you need!

❤**ACTIVATES IN 2-3 SECONDS!**
❤**TEST 4 BOXES WITH 1 UNIT!**
❤**ACCURATE AND DURABLE!**
❤**DIGITAL SYNTHESIZED TUNER!**
❤**NO NOTCH FILTER REQUIRED!**
❤**BULLETPROOF!**

• ONLY **$147** Delivered **COD** or **$157** Delivered **Credit Card!**
**ORDER ONLINE NOW--CLICK HERE!**



# COD's WELCOME!

We specialize in 2, 5, 10, and 50 lot prices. Call for wholesale info!

**FedEx®**

CutePDF - www.tazsa.com

Case 1:01-cv-00051  Document 18  Filed in TXSD on 06/25/2001  Page 48 of 74

Absolutely No New York Sales!

Copyright 1997, 1998, 1999, 2000

**HOME**

**DISCLAIMER** Money Back Guarantee **ORDER NOW**

**DESCRAMBLER BUYING TIPS**

**FREQUENTLY ASKED QUESTIONS**

*If you want our top-of-the-line cable box click here!*

Jerrold, Panasonic, Zenith, Pioneer, Scientific Atlanta, Oak, Hamlin, Tocom, and General Instruments , Clearmax 2000, Cablevison, and Media One are all registered trademarks. All references to the above mentioned companies and equipment are for identification purposes only. We are in no way implying that any of the products we offer are original equipment, nor are we affiliated with the above mentioned companies in any way.

cable tv descramblers,descramblers cable tvs,jerrold cable boxes,cable box,cable boxes,cable box,television descramblers,descrambling cable television,test mode,rft-gold,rft-dam,rft-pio,rft-plus,rft,rfts dam activators,decoders,boss 4,boss 3,boss,jerrolds,scientific atlantas,testers,pioneer,zenith,cable box tci movies,cox cable, positive notch filters,converters,decoders,test cubes,test cube.  cable descrambler tv converters jerrold descrambler cable descramblers converters pio cube boxes TV television converters descramblers Decoders cable descramblers tv descramble wizzard descrambler cable descramblers converters tv boxes cableclearview pro plus

# satellite





If you want to buy a dss test card, a satellite card, a satellite smart card, a satellite descrambler, a satellite access card, a satellite test card, or a satellite card, at a very low price, this is the place! We produce the finest in satellite test cards at exceptionally low prices.

Our service is excellent! We want you to be secure in knowing that your dss test card will work at all times. We guarantee that our digital satellite test cards are the finest on the market by verifying our smart cards with the most vigorous of ECM (electronic counter measure) tests.



Click to order
your
satellite
descrambler



Signaltech is dedicated to customer satisfaction. When you buy a dss test card from Signaltech, you know you will get steady support. If getting a satellite descrambler interests you, and you would like more information, click on the logo above.

## We hope you enjoy your new Satellite Test Card!



CLICK HERE

Case 1:01-cv-00051    Document 18    Filed in TXSD on 06/25/2001    Page 50 of 74

**Welcome to
Testcard.net**

This is the
PREMIER SITE
on the Internet
for HU
testcards, HU
PRO loaders,
and
programmers
for your dss
needs.

We have
exclusive
arrangements
with the top test
card dealers
and
programmers
available.

We have been
in business for
over 3 years
and have
extensive
contacts,
resources, and
experience

We have the
NEW HU PRO
loading device
The Original
unit!!!!

We guarantee
the Best Price,
Best Service,
and Best
Selection of any
dealer on the
Internet.
We offer secure
COD FedEx
shipping and
Pay Pal credit
card ordering.

Do you have questions about what product suits your needs the
best?  Give us a call.

# CALL    1-905-815-
# 7462 NOW
# 10am-6pm EST

We honestly try to get to every call.  If you can't get through send
us an email...

Please read the news section before you call or email. We update
the news section everyday with the latest updates on the "H" and
"HU" cards.

# "HU" TESTCARDS
# NOW   AVAILABLE!!
# CLICK HERE FOR
# DETAILS

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 51 of 74

# "HU" PROGRAMMERS NOW AVAILABLE. CLICK **HERE** FOR DETAILS.

---

We buy your "HU" cards for CASH or TRADE.

Click **here** for more info.

---

We now have C.O.D. shipping available for the "HU" testcards. Click **here** for more

http://www.testcard.net/                                    3/8/2001

CS4PDF – www.fwixs.com

# information on how to order.

---

# Boot Strap Loaders are now available. Click **here** for full details.

---

Need to track an order?  Click **here** for the tracking email.  Make sure to give your full name, address and phone # for the delivery address.

We now accept payments through PAYPAL.  Simply use the email address sales@testcard.net and send us the money through paypal.  If you do not have a paypal account sign up today  by clicking on the link below......





Send mail to info@testcard.net with questions or comments about this web site.
Copyright © 2001 Testcard.net
Last modified: March 06, 2001

cableboxx.com
get plugged in.™

The #1 place on the web to purchase replacement cable TV descramblers.

safe • secure • reliable • guaranteed

check

Top Q & A    Products    Order Now    Customer Support    Our Guarantee    Legal Stateme

**Subscribe to our free monthly Pay-Per-View Guide! Never miss a PPV event again!**

Enter your e-mail address below:

Go

Privacy Policy

**Who say's nothing is free?**
Subscribe to our free **cableboxx.com** Pay-Per-View Guide. Each month we will e-mail you with a list of the hottest PPV events showing around the country. *Never miss a PPV event that you were waiting to see!*

. . . . . . . . . . . . . . . . . . . . . . . . . .

**Questions? Huh?**
Many of our customers have questions about cable boxes and descramblers. We've put together a great page that answers most of the questions you may have. So feel free to check out our *Top Q&A's*.

. . . . . . . . . . . . . . . . . . . . . . . . . .

Send this page to a friend

. . . . . . . . . . . . . . . . . . . . . . . . . .

**Track Your Shipment**
At **cableboxx.com** we ship all of our products via UPS, the world-

# Welcome!

## Our Featured Product: The Ranger 5000

Introducing
RANGER 500

The **Ranger 5000** cable box is the newest and most advanced Universa Box/ Descrambler available, anywhere. There is no other box that will provide you with a better picture quality or signal performance than the Ranger 5000. **click here for details**

**Cableboxx.com** is the premier supplier of universal cable boxes, c descramblers and decoders. We have years of industry experience reputation for *excellent products, superior customer service, friend knowledgeable technical support, and fast delivery.*

To learn more about the **Ranger 5000,** the 199 channel **Cleartror Gold,** the popular **ClearMax 3000,** or the value priced **ClearMax 2000**, check out our Products page.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

· wide leader in e-business deliveries. You have the choice of *UPS Next Day Air, 2nd Day Air, or 3 Day Select.*

Use your 6-digit order number to Track Your Shipment right on our website! It's easy to find out the status of your shipment with **cableboxx.com.**

. . . . . . . . . . . . . . . . . . . . . . . . .

Don't Forget to Bookmark Us!

. . . . . . . . . . . . . . . . . . . . . . . . .

**Worry free Ordering.**
**Cableboxx.com** guarantees that our products will work on you cable system or your money back. Check out Our Guarantee for more details.

  

. . . . . . . . . . . . . . . . . . . . . . . . .

## Cleartron Gold



- 199 Channels!
- 2001 Design!
- Best Tuner!

now only **$219.** plus shipping

CLICK HERE FOR DETAILS

## Digital Cable

NEW!
- Universal Design!
- All Digital Systems!
- 250+ Channels

available **June 2001**

CLICK HERE FOR DETAILS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Cross Reference Chart

Not sure what cable systems our cable boxes will work with? Check our Compatibility Chart which lists most of the cable boxes that are in North America. If you are still not sure, e-mail our Customer Support group at: support@cableboxx.com

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Happy, Happy, Joy, Joy

*You guys are the best!! Not only is my box everything you advertis but your service was also great. I wish I had known about you whe got my first box. What a nightmare that was!! I'm sure that I will g you at least 5 more customers in the next week or so, and 4 or mo the near future!! It's been a pleasure doing business with you! Thanks ~ R.C.*
(Actual, honest-to-goodness, unedited customer email).

# FREE CABLE/PAY-PER-VIEW

- *To*: sustag-public@amani.ces.ncsu.edu
- *Subject*: FREE CABLE/PAY-PER-VIEW
- *From*: eaf@cruzio.com (Gary Ward)
- *Date*: Thu, 12 Sep 1996 04:54:23 GMT
- *Organization*: EAF
- *Sender*: london@sunsite.unc.edu

```
MAKE YOUR OWN CABLE DESCRAMBLER - CHEAP!

Making your own Cable Test Box is simple!
Convert any cable box to a Cable Test Box, in no time!

If you've seen ads for converters that sell for up to
four hundred dollars, you know that this is a great deal.
(It does the same thing.) All modules are priced from
about ten to forty dollars!

Once you know how to get the the correct module, it's
simple to install, and they descramble all channels
on all systems. Don't be ripped off any more!

For more information, and a complete list of companies
that sell Test Modules, send Cash or Money order for
$5.00 to:

Ward Cable Enterprises
1606 Soquel Avenue Ste#A
Santa Cruz, CA 95062

(408) 458-WARD

--
Gary Ward
```

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 56 of 74

## Ahoy Matey! Welcome to the Pirates Den!

For more than 5 years now, people have been turning to this site for unbiased news and information on the Digital Satellite underground. The Pirates Den is the Premier source for Digital Satellite News and Information!

Our site offers something for everyone. The most popular area of our web site is our free Discussion Forum. (DSS Chat) With thousands of daily posts and replies, you are sure to have all your satellite related questions answered here! And, with over 44,000 registered posters, No Other Digital Satellite web site in existance can match the combined knowledge, helpful insight and un-diluted learning enviroment that our DSS Chat Forum offers. Check it out!

For those that are looking for something extra, including software, programming help and much more, we also offer a Members Area that includes everything you need to become a knowledgable veteran! In addition, during extremely peak times, such as an ECM, our discussion forum can become temporarily overwhelmed with visitors and it sometimes becomes necessary to restrict access to Members only. Becoming a Member gives you guaranteed access to the discussion area at all times. Be sure to check out what else our Members area can offer you before you go!

Our DSS News page will keep you informed whenever an ECM or important event is happening. With prompt ECM updates, this page is all you need to find out what happening to your card! Check it regularly!

Our Dish Network News Page page will also keep you informed on whats happening with Echostar and the Dish Network.

Our Testing Introduction will give people a great introduction to our industry and also includes some good information on Test Cards, including the different types available, ECM infomation and more. People looking to learn more about Test Cards will find this page very useful.

Our Reviews Page offers a number of related product reviews conducted by us. This is extremely valuable for those seeking to make a purchase in the near future.

Our Dealer Links page offers you a great resource of links to other reputable web sites.

Also, our Scams page will give you some pointers on how to avoid being taken by the endless number of shady operators that exist in our industry.

Thanks for visiting, tell all your friends about us and be sure to come back soon!

## Ahoy Matey! Ye be about to enter the

The Pirates Den be one of the premier satellite information sites on the internet. Here ye be finding information relating to the testing of the Digital Satellite System (DSS). Since 1995, we have been providing un-biased information and news on the digital satellite industry. Remember to read and abide by the above disclaimer and be sure to bookmark this site.



1) You understand that this website, and all directly associated web sites are wholly owned, operated and hosted in the sovereign province and nation of British Columbia, Canada and are operated in accordance to the applicable laws and statutes of Canada and British Columbia. We make no representation that the materials on this site are appropriate for use outside Canada.

2) You understand that this web site's intended audience are residents of Canada and other countries where use of test cards is considered legal. You understand that the worldwide nature of the internet makes it impossible to regulate the audience and it is possible to access this web site in countries where use of test cards is illegal. You understand that it is your responsibility to check your local laws before committing any information on this website for any given practical use. We do NOT condone signal theft and you are absolutely prohibited from putting ANY information on this site to any illegal use. Any individuals indicating illegal intent are subject to loss of any and all privileges given to them by this web site.

3) You understand that use, possession, distribution, manufacture or importation of test cards is illegal in the United States. If you are a U.S. resident, you are required by law to subscribe and the use or sale of test cards of any kind is unlawful and constitutes signal theft and is subject to criminal and civil penalties according to U.S. law. We do not condone the use or sale of test cards to U.S. residents. In addition, use of test cards may also be considered illegal in any country or jurstiction where the U.S. based services of Directv Inc. and Echostar Communications Corp. in specific. The Dish Network can legally and lawfully distribute their signals, either directly or indirectly and make said signals available for purchase to consumers on a subscription basis.

4) You understand that all information on this web site is informational in nature and is protected by the fundamental right of free speech GUARANTEED by both the United States Constitution and Canadian Charter of Rights and Freedoms. As outlined above, although simple access of the information on this site may be legal and protected under various constitutions and charters, physical use may NOT be legal in certain countries and jurstictions, in specific, The United States. If you are in doubt, you should seek legal advice BEFORE putting any information on this site to a practical use.

5) You understand that this web site does **NOT** sell, lease, rent, manufacture, import, export, install or distribute test cards of **ANY** kind. In addition, we do NOT sell products of ANY kind, either directly or indirectly, nor do we offer any consultation in regards to any of the content contained in this web site. Please do not even ask.

6) You understand that you are solely responsible for your own actions and agree to hold this web site and its principals harmless for any difficulties incured through physical use of any of the information contained on this web site.

7) This web site is not affliated in any way, shape or form, either legally or professionally with Directv Inc.United States Satellite Broadcasting Ltd., Echostar Communications Corp., News Datacom Ltd., News Data Systems Americas or their affliates, both private, commercial, domestic and international.

8) You agree that this Web Site is privately owned and operated. Employees, Agents or Solicitors both direct and indirect of Directv Inc., News Datacom Ltd, NDS Americas Inc. or Echostar Communications Corporation are **STRICTLY** prohibited from entering this site and are directed to leave immediately. Failure to comply may constitute a criminal act of trespassing.

9) By entering this site, you agree that the laws of the Province of British Columbia, Canada will, without regard to the conflicts of laws or principles of any other foreign nation or jurstiction therof, apply to any and all matters relating to the use of this web site. Furthermore, you understand that any challenge to this web sites operation or legality MUST be in direct reference to Canadian laws and statutes only and must clearly show with documented evidence that Canadian law prohibits exchange of information in relation to reception of foreign broadcasts that are neither lawfully authorized by the Canadian Radio and Telecommunications Commission (CRTC) nor intended for reception in Canada by their broadcasters. In addition, any challenge must also be accompanied with documented evidence that specifically and clearly shows that a Canadian Court of law has successfully upheld a ruling that such exchange of information is in fact unlawful on Canadian soil. In absence of such documentation, any challenge to this web site may NOT be legal and may in fact constitute a criminal act of harassment.

10) You agree that neither of the U.S. based services of Directv Inc. nor

Case 1:01-cv-00051 Document 18 Filed in TXSD on 06/25/2001 Page 59 of 74

# CABLE SECRETS REVEALED



*"... and I feel compelled to tell you, in the five years I have been on the internet, this is the most in-depth and insightful information I have ever read. The fact that I got all this information for free astonishes me. Let me offer a sincere thank you."* **Jim Y., NJ**

# WARNING:

## DO NOT WATCH ANOTHER MINUTE OF TELEVISION UNTIL YOU READ THIS PAGE

**In the following there is a *personal* letter from the author, Todd McGuire.**

You are about to be exposed to some of the most hidden and sought after information ever released regarding cable descramblers.

If you haven't already realized, no one is willing to share honest information with you regarding cable descramblers and the industry in general. The reason nobody will is because they only have profits on their mind. It's that type of attitude that makes it impossible to find valuable information that can assist you in quickly and easily obtaining your equipment.

I'll bet you've already asked the question, "why is Mr. McGuire letting us in on all this guarded information." To be quite honest, he, like you, has come to realize that we are being manipulated; we pay too much money for our cable descramblers and in return we get too little quality, and in some cases we don't even get the right equipment. If you add the to the possiblility of not knowing how to legally use your equipment, it starts to get real scary.

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 60 of 74

Echostar Communications Corp. currently hold ANY distribution rights to their signals on Canadian soil. nor are they considered or legally recognized to be **LAWFUL** distributors of their respected signals in Canada and are NOT authorized or legally sanctioned to conduct broadcasting services. either directly or indirectly of any kind in Canada in relation to their respected broadcasting signals. Furthermore. as the broadcasting services of Directv Inc. and Echostar Communications Corp. cannot legally be distributed within Canada, their broadcasts have been legally interpreted as "foreign signals" and Canadian Law has also been legally interpreted as **NOT** currently regulating nor protecting "foreign signals" . Canadian law has been legally interpreted to regulate and protect signals originating ONLY from a "Lawful" Canadian Distributor. This has been decided and UPHELD in several recent Canadian legal proceedings. Court transcripts of these proceedings are available on request.

11) You agree that this web site contains no information in whole or in part relating to **ANY** LAWFUL Canadian broadcaster. Currently, the broadcasting services of Star Choice Communiations Inc. and Bell Expressvu L.P. whose respected signals are distinctly sovereign in nature and are regulated in full by the Canadian Radio and Telecommunications Commission (C.R.T.C.). are the only **LAWFULLY** authorized distributors of Direct to Home Services in Canada. Neither Star Choice Communications Inc. nor Bell Expressvu L.P. currently hold **ANY** distribution or re-broadcast rights to the U.S. Based services of Directv Inc. or Echostar Communications Corp. In addition, it is understood that the current TVRO equipment standard of Directv Inc. or Echostar Communications Corp. is not directly compatible with any LAWFUL Canadian DTH broadcaster. This web site without reservation. recognizes the lawful distributor status of Star Choice Communications Inc. and Bell Expressvu L.P. and offers **NO** information of any kind relating to either of these distinctly sovereign broadcasting services.

12) You understand that if you do not agree with any of the above conditions. then you are directed to leave now!

# I agree!     I do not agree!

Free cable descramblers: here's the essential information you need to know
Case 1:01-cv-00051 Document 18 Filed in TXSD on 06/25/2001 Page 61 of 74
Page 2 of 7

Maybe it would be best if we let Mr. McGuire explain. The following is a **personal letter** written to help you better understand the situation:

*Jason Lackey*

**Jason Lackey**

_____

**Written...**

**Columbus, OH**
**Wednesday, March 1, 2000**
**10:05 A.M.**

Dear Friend,

If you own a television you *need* this information. The following information covers three basic areas: information on how you can safely use cable descramblers, information regarding the different types of cable descramblers available, and how you can save a lot of time and money when purchasing cable descramblers. The information applies to every different kind of equipment on the market today, the information is, in some cases, shocking!

You'll be saving time and money, avoiding mistakes and disastrous situations and learning secrets other people only wish they knew. Here are a few things I will discuss that will make this confusing process quicker, safer, and cheaper.

# STOP ANY POSSIBLE LEGAL PROBLEMS BY 100%

I've been exposed to countless horror stories of people getting themselves in trouble because they didn't know how to safely use their cable descramblers. If they had been privileged enough to see this information, they all could have saved themselves from the humiliation and consequences. Here's a sample of what you'll learn to make sure you stay safe:

- **learn the 3 purposes on which you can legally purchase and use cable descramblers... this goes for anyone who owns a cable descrambler or plans on owning one**
- learn the one thing you should never do while watching a PPV event
- **3 steps you must take when ordering a cable descrambler... (nine of ten people are absolutely floored by this secret)**
- discover what state you should NEVER order a cable descrambler from
- **how you must confront your friends and neighbors about your cable descrambler... you'll never guess how many people approach this the wrong way**

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 62 of 74

- what you must know about the delivery services
- **you must be aware of this little known filter that blocks all pay channels**
- discover the different kinds of tactics cable companies use to find people who use cable descramblers illegaly
- **discover what kinds of questions cable company employees ask at people's door steps who they suspect are using cable descramblers illegally**
- types of questions not recommended to your cable company
- **how you absolutely must respond if you get a letter in the mail stating you owe the cable company $2,000... unless you want to pay that $2,000**

# KEEP THAT MONEY IN YOUR POCKETS WHERE IT BELONGS

Would you spend top dollar on equipment if you didn't have to? Well I'm telling you now, you don't have to! By using just one of the following secrets, you can be assured you're not paying top dollar for your equipment. Here's a sample of secrets you'll learn to help you save time and money:

- **why calling more than just one company is absolutely necessary - purchase in confidence that you have obtained the lowest price possible**
- this purchasing tip will reduce the price of the equipment your ordering by as much as $20
- **learn how much money you can really expect to save by ordering quantity... this will give you leverage to negotiate the price... whether your ordering quantity or not**
- what everyone must know about low price guarantees - unless you want to pay more
- **discover the truth about used equipment and how it can save you money**
- the hidden truth about bullet protectors and what equipment they're absolutely necessary with
- **what carrier can save you big money if your ordering internationally**
- discover just how costly a restocking fee can be - this tip alone can save you $75
- **discover exactly how trade-in policies can pay off in the long run**

# WHAT YOU ABSOLUTELY MUST KNOW ABOUT EQUIPMENT

People waste hundreds of dollars every year, because they don't know what steps to take to find the right equipment. You can easily keep all that lost money in your pocket if you know what to look for. Here's a sample of secrets you'll learn to help you find the right equipment:

- **learn the advantages and disadvantages of every type of cable descramblers on the market today - crucial information**

Case 1:01-cv-00051 Document 18 Filed in TXSD on 06/25/2001 Page 63 of 74

- 3 steps you must take in order to find the exact type of equipment you need
- **learn the real value of a zip code manual when ordering equipment**
- learn the real truth about those $10-$15 plans
- **learn exactly what type of equipment can work on today's sophisticated technology**
- discover how original equipment makes it from the manufacturer's warehouse to your home... (you will be shocked)
- **learn the real truth about multi-mode...**

And so much more!

There is so much detailed information, I couldn't possibly list it all here. What you have just read is only a sample of the exciting information you will get when when you read *Why the Jerk Next Door Gets Free Cable and You Don't*. You need this kind of straight-up information. If you truly want to enjoy premium programming, save time and money, and have the peace of mind of knowing how equipment can be legally used, then the information I'm offering you is **CRUCIAL**.

### I believe the following to be the two most exciting parts!

1) You can actually receive and be enjoying all of this incredible information **within 10 minutes!**
2) This incredible information can be yours -- **ABSOLUTELY FREE** (I'll explain both in the next few paragraphs)!

This book contains the results of years of research that is pure dynamite! All of the tips, techniques, and secrets are revealed in a step-by-step, easy to understand format. The book is a one-of-a-kind and not found in bookstores. This book is soon to be the most popular informational book on the internet.

Here's what others say:

*"You are a #!%*ing savior! I got your book yesterday afternoon and purchased my equipment exactly one hour later. Even if I did have the time, there's no way I could have found this information myself. Your buying tips saved me over $60 dollars, and more importantly saved me time. Thanks so much."*
**Brian G., California**

*"Please use my compliments as a reference. I fully endorse 'Why the Jerk Next Door Gets Free Cable and You Dont't.' The book has so many valuable tips. I still can't believe how easy and fast you helped me understand this confusing industry. Bravo Todd!"*
**Dorris S., New York**

*"... and to my delight you have quite simply outdone yourself ! With your "refund opportunity" that came included with your offer, it cost me exactly $0 to view all that valuable information. I believe that dollar for dollar that is the best money I never spent."* **Walt T., Texas**

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 64 of 74

If you want to order, I insist you do so entirely at my risk. That is why the book comes with a... *No Risk, 100% Unconditional Money-Back Guarantee*. There is absolutely *NO RISK* on your part with this Life-time 100% Money-Back Guarantee. What I mean is, I want you to order without the feeling you might "get taken." Therefore, I want you to order this material today... read it, use it... if for *any* reason you aren't completely satisfied, simply return it for an immediate refund of your purchase price.

This essential guide is normally priced at $49.95, but as a special "Internet introductory offer" it is available for a short time at 40% off... that's $29.95. That's about what you'll pay for one Pay Per View event or one month of premium channels. Now let me tell you what I believe is the most exciting part...

### "HOW TO GET THIS INFORMATION AT NO COST — THAT'S RIGHT, ABSOLUTELY FREE!"

In my 1st edition of the book, a dealer was recommended to my readers that stood out far above all other dealers in the industry in price, quality, and support (they sell equipment compatible with General Instrument, Jerrold, and Pioneer). Out of appreciation, this dealer agreed to give my customers a 10% discount on any equipment purchase. Well that was great, and my customers saved a lot of cash, but I wanted to give my future customers the most possible value for their dollar. So after months and months of negotiations, I have finally come to terms with this dealer on a new agreement.

**As a result of this agreement, my customers will now be refunded back the entire cost of this book on their first equipment purchase from this company — that's $29.95.** Let me repeat, you will be given back the entire cost of this book by ordering any piece of equipment from this company. This valuable information can now be yours - absolutely free.

It doesn't take a mathematician to tell you, that in order to see this information it could ultimately not cost you a nickel. And remember, this isn't just any company the refund was negotiated with. In my ratings it came out far ahead of any company in the industry in price, quality, and support. You just simply cannot lose.

### IT DOESN'T STOP THERE, BELIEVE IT OR NOT....

... you can receive the book and actually be learning these cable secrets within 10 minutes... yes, that is right... WITHIN 10 MINUTES. Our computer will **automatically send the book to your email address within 10 MINUTES** of receiving your order so you can benefit from the information almost immediately (it comes with instructions on how to easily download it in case you have not downloaded a file before).

It just keeps getting better and better....

If you order by Sunday, March 5, 2000, I will also (**within 10 minutes**) include an exciting *"Free Bonus"*. This special bonus will, *"compare and reveal vital information on virtually every company that sells cable equipment on the net."* To find all of these companies manually, then dig for important information that most companies don't post

CutePDF - www.testio.com

on their sites, would take you **incredible** amounts of time. This is information you **must** have before you can even think about purchasing your equipment. This report alone is easily worth the price of the book. If you truly want to save money and get quality equipment, you must have this report.

Act now, the first edition sold out quickly and the second is expected to move just as fast. There are *three* easy ways to order.

The first and **fastest** way to order is directly <u>online with our SECURE SERVER</u>. Keep in mind that when you use our order form on our Secure Server, we can email you the software version of the book and free bonus within **10 minutes** so you can start utilizing this crucial-information as soon as possible.

Or, you can use your credit card and order by phone. When you order by phone, your software can still be emailed to you, *but within 72 hours, not 10 minutes*, like ordering online via our secure server. You can call between, 1 p.m.- 6 p.m. (EST), M-F, the number to call is: (614) 459-8849 (call collect--orders only). Remember to give the operator your email address to have the software emailed to you.

The last way to order is through "snail" mail. All you have to do is clearly print your name, email address and home address (so we can keep you up to date if we have any new exciting information that becomes available) and the words "Cable Secrets Package" on a piece of paper, and send it, along with your payment of $29.95 to: **Informative Information, Inc.**, 5328 Shiloh Dr., Columbus, OH 43220. Have all checks or money orders made out to Informative Information, Inc.

I look forward to getting a letter from you telling me what you do with all the money you saved, and will be saving every month. Even though I get an enormous amount of mail, keep the letters coming, I love to hear your stories!

*Sincerely,*

*Todd McGuire*

**P.S.** That's all there is to it... your software version of the book, free report, and refund opportunity, will all be shipped to your email address immediately, and after that, you are the judge. You *must* be 100% satisfied or... you can return it for a full and immediate refund, no questions asked.

**P.S.S.** A very popular question from our clients outside the United States is, "will these cable secrets work for those of us outside the US (i.e. UK, Europe, Canada)?" I've had many customers outside the US use this information. You'll find that almost all of these 'Cable Secrets' would be applicable in a foreign country. Besides if you are not fully satisfied with the information and how it applies to your country, just return the material for a full refund.

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 66 of 74

We appreciate any comments or feedback, email us at:
*administration@cablesecrets.com*. We want to serve you better.

## Also, here is a list of other interesting sources related to your premium programming:

### Links to other resources for you

*Copyright 1999, 2000 by Informative Information, Inc*

# DECEMBER 2000 CAR and DRIVER MAGAZINE

## FOR INVENTORS

**IDEAS, INVENTIONS, NEW PRODUCTS!** One of America's leading invention firms can help you submit to industry. Patent services. Call 1-888-439-IDEA .

## AUTOMOTIVE SERVICES

**CALLING ALL CARS** www.cacars.com Luxury, Sport, Classic Autos, and High-End RV's for -sale-by-owner. Buyers/Sellers 1-800-846-8467.

## CLUBS

**BMW CAR CLUB OF AMERICA.** 54,000 members, local chapters nationwide. Monthly magazine, driving events, discounts, technical support & more — only $36.00/yr! Sample magazine, send $4 to BMW CCA, 2130 Massachusetts Ave, Cambridge, MA 02140. Membership information 800-878-9292 or visit us at WWW.BMWCCA.ORG.

**MERCEDES-BENZ CLUB OF AMERICA.** 32,000 members, 6 issues of STAR Magazine, local/national events: $45.00 U.S.A., $59  Foreign. Visa/MC/Amex/Disc. 1-800-637-2360.  www.mbca.org

## FINANCIAL

MONEY TROUBLES?  OVERDUE BILLS?  Reduce Interest. Lower Monthly Credit Card Payments. Save thousands. NON-PROFIT DEBT CONSOLIDATION SERVICE. Call Now 1-800-SAVE-ME-2.

## GOVERNMENT SURPLUS

**CARS FROM $500!** Seized & sold locally. Hondas, Chevys, Jeeps, etc. Trucks, RV's, Motorcycles, 4x4s, Boats & more. 800-319-3323, ext. 3329.

## PARTS & ACCESSORIES

**AAA RIMS: Complete line of perfect condition, original equipment alloy rims.** Unique wheel exchange program & chrome upgrade options available. 1-877-533-RIMS(7467). FAX:  616-335-5988.  Browse online: www.aaarims.com

**Airbag Replacements** — Low cost alternative to airbags. Most cars, trucks, foreign and domestic models to '01. $75 Toll free 1-877-777-2687. www.airbagreplacements.com

**HID Conversion Kit.** Toll Free: 866-HID-KITS (866-443-5487) Convert your ordinary lights to High Intensity Discharge 100% bolt on applications. WWW.HIDKITS.COM !

**IMPORT CAR PARTS – DISTRIBUTORS, CARBURETORS,  BRAKES,  RADIATORS, MIRRORS & STRUTS, COMPUTERS, FUEL INJECTION, CATALYTIC CONVERTERS – SINCE 1974 TRANS-PAC MOTOR PARTS** 1-800-922-1983 www.tpmpinc.com

**WWW.STRANOPARTS.COM** 1-800-777-1831 Parts & knowledge to make your car better! BILSTEIN ● Koni ● TOKICO ● Eibach KYB ● ADDCO ● SuspensionTechniques K&N ● SLP ● Brospeed ● BREMBO ●Dynomax ● HKS ● Repco/Axxis ● HAWK Porterfield ● KVR ● REDLINE ● Centerforce + MUCH MORE!

## SATELLITE TV

SATELLITE PROGRAMMING PACKAGE - Get all channels including PPV, Sports, and Premium. Satisfaction guaranteed $99.95 plus s/h (888) 335-4498 24 hours www.programpack.com

## CABLE TV

**AFFORDABLE CABLE TV BOXES!**  Your favorite brands at the lowest price. 30-day moneyback guarantee. www.cable-boxes.com 1-800-550-1511

**CABLE DESCRAMBLERS / CONVERTERS LOWEST PRICES. 30-DAY MONEYBACK GUARANTEE. 1-YEAR WARRANTY. HIGHEST QUALITY EQUIPMENT. PRIVATE CABLE SYSTEMS:** 1-800-785-1145. www.Acablebox.com

**CABLE TV DESCRAMBLER SALE!** Jerrold Combo - 5 units, $119/each. Major Makes and Models available. Wholesale Electronics 1-800-521-0512 Website: WWW.whd.net !!

**CABLE T.V. DESCRAMBLERS. NEW ORIGINAL EQUIPMENT. MOST MAJOR MAKES, MODELS. LOWEST PRICES AROUND. WAR. PRECISION ELECTRONICS. HOUSTON, TX. ANYTIME. 1-888-691-4610**

CABLE TV DESCRAMBLERS, RFTs, ALL MAJOR BRANDS. SPECIAL DISCOUNT PRICING FOR QUANTITY BUYERS. FREE CATALOG! SORRY "NO SATELLITE TV" EQUIPMENT! CALL 1-800-327-3407.

A-1 UNIVERSAL DECODER BOX, REPLACES JERROLD GENERAL INSTRUMENT, SCIENTIFIC ATLANTA, PANASONIC, PIONEER, ZENITH, TOCOM. ONE YEAR WARRANTY. GUARANTEED. CALL 1-800-675-9346 !!!

**CATV Converters Original Boxes 125 ch. Converters     Upgrade and Repairs. Low Price. Best Service     Guarantee. 1-888-959-5589**



For advertising information call 1-800-445-6066, 9am-5pm EST. or fax us at 1-212-767-5624

## AUTHENTIC SHELBY COBRAS

Why settle for a replica? Have a real "new production" Shelby Cobra built for you. 289 FIA and 427 S/C, aluminum or fiberglass bodies. Finish Line Motorsports Recognized Shelby American Dealer. 702-643-7994

## DODGE VIPER



2001-Viper RT/10 and GTS models now in stock yellow/blue/red. Over 30 new & used Vipers always in stock. Nationwide financing and delivery. Trade-is our specialty. Fitzgerald Motorsports 800-847-3715. 603-528-1000 fitzmotorsports.com

## SUPERFORMANCE REPLICARS



Superformance world's finest factory built replicars as featured in Car and Driver's One Lap America. Choice of colors, etc. 1-800-29-SNAKE www.superformance.com

## SHELBY COBRA CHALLENGE



Authentic CSX4000 Series Shelby Cobra Race Cars. Own one of the Challenge Senior Series cars or participate in our Arrive & Drive race program. Call for information: TMC Motorsports 949-851-6313

# Frequently Asked Questions

### 1.    *What is a descrambler?*

A descrambler is an electronic device, which, when attached to a cable television system, allows the subscriber to view scrambled programming in a clear and unscrambled fashion. Descramblers have no tuning capability or other consumer interface features, and therefore, must be used in conjunction with a plain, non-descrambling converter.

### 2.    *Are descramblers legal?*

Any descrambling device which allows the viewer to gain access to cable television programming without the knowledge or consent of the cable system operator is illegal.

### 3.    *What is a disclaimer?*

Title 47, section 553 of the United States Code prohibits the manufacture and sale of theft devices. A disclaimer is nothing more than a cynical attempt on the part of the companies which sell theft devices to transfer the legal responsibility from their shoulders to those of the buyer. The fact is that the disclaimer absolves no one of responsibility. The seller is responsible for selling the theft device, and the buyer is responsible for using it.

### 4.    *What is the difference between addressable and non-addressable devices?*

An addressable device is one that is capable of receiving commands from the cable system operator's control computer. These commands are sent by the system operator. The purpose of these commands is to direct each addressable device to configure itself to provide access to only that programming for which each subscriber has agreed to pay.

A non-addressable device is one that either through modification or by design cannot receive or properly respond to commands sent by the cable operator via the control computer.

### 5.    *What are "bullets" and can the cable company destroy my box?*

"Bullets" is a coinage used to describe various electronic countermeasures employed by cable system operators to detect or defeat unauthorized theft devices in use by subscribers. Despite the "bulletproof" label touted by sellers of theft devices, the fact is that most theft devices can be rendered useless or ineffective through the use of countermeasures.

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 69 of 74

## Business hours are Monday to Friday, 12:00 to 7:00pm. E.S.T.

### What is a Cable TV Converter ?

A cable TV converter is an electronic tuner that controls which channel your television will display and outputs that channel as channel 2 or 3 output for use by your TV which is tuned to channel 2 or 3. A converter is a "channel changer" that must be used with an Add-on Testchip or "Multi-Mode" TestBoard in order to descramble premium channels. A cable TV converter may also be know as a plain jane since it does not contain a descrambler and can only receive basic cable channels without a Testchip or "Multi-Mode" TestBoard descrambler. Converters have features such as: Wireless Infrared Remote Control, Parental Control, Favorite Channel Memory and Last channel recall. Most cable system use channel 3 output, but channel 2 output is also available. Please specify channel when ordering.

### Are Testchip or "Multi-Mode" TestBoard legal to own and use ?

YES, Absolutely ! Testboards are Now legal to own and use. If your cable TV company can rent a cable box to you, then you can own a box yourself. Many years ago, ATT had the monopoly of renting telephones to consumers. Then, the FCC ruled that it was legal for consumers to own their own telephones. Now the law has been changed for cable TV equipment too ! It is now legal for you to purchase and own your own cable equipment to take advantage of all the latest features available as well as saving Big money on all the equipment rental fees ! Please note: it is your responsibility to let the cable TV company know that you have your own equipment, since they can't

### What is a Cable Testchip?

A Testchip or "Multi-Mode" TestBoard is an Add-on type of device which when used with a addressable converter restores video and audio of scrambled channels, making them clear and viewable

### Are all Testchips and TestBoards the same ?

No, There are significant differences in technology, features, reliability, quality, warranty and price. Some companies sell obsolete equipment with little or no warranty. Other companies charge a small fortune for a low tech unit. Alternative Cable Technologies offers the spectrum from yesterdays technology to tomorrows State-of-the-Art TestChips and Test Multi-Mode Boards loaded with all the features you want. For a unit loaded with all the Latest On-Screen display and other features use our High quality black test boards.

### Cable definitions: Limited Basic, Basic, Premium, Pay-Per-View Services.

The least expensive cable service provided by cable companies. This service typically receives antenna type service for local channels only, since reception of other channels is controlled by the use of filters from outside the home. Basic Service: This is the next step up in cable service provided by cable companies. This service typically receives the antenna type service for local channels as well as the "Basic" line-up of channels such as TNN, USA, CNBC.

Case 1:01-cv-00051   Document 18   Filed in TXSD on 06/25/2001   Page 70 of 74

detect it  It is also your responsibility to pay for any services you receive.

---

## What is an Addressable Cable Box ?

Addressable means that the cable box can be controlled remotely by the cable company from their office. By sending signals thru the cable system, the cable company can "talk" to a specific addressable cable box on the system to control which channels are scrambled and where the channels are located. This type of system lets the cable company instantly add or delete on the channels that come into your cable box as well as the location of those channels. The Testchip or "Multi-Mode" TestBoard descramblers do not allow the cable company to have control over the cable box. Addressable and Non-addressable units both have the ability to receive all Premium channels.

---

## Will my Testchip or "Multi-Mode" TestBoard work everywhere ?

No. Testchip or "Multi-Mode" TestBoards are specific to each cable system. Different cable companies use different makes and models of cable boxes. You must use the Testchip or "Multi-Mode" TestBoard compatible with the converter that is used in your particular area. A Testchip or "Multi-Mode" TestBoard may not work if you put it in a different area were a different model is used

---

## How can I improve the reception of my Converter ?

When homes are at the end of a long cable run or have the cable signal split between multiple TV's

Comedy channel, etc... Premium Service: Additional programming provided by the cable company to subscribing customers. The extra fee for such service is typically on a per channel, per group of channels. These are typically channels such as HBO, Cinemax, Movie Channel etc. . Pay-Per-View Service: Certain channels that offer movies, sports, entertainment or special events and charge by the movie or program. An "addressable" type of converter is supplied by the cable company to receive this Pay-Per-View type of service. Through the use of an "addressable" cable box the cable company controls which channels to descramble

---

## What if Testchip or "Multi-Mode" TestBoard doesn't work ?

Call our service department and explain the problem you are having, noting specifics about the problem such as: channel number, picture quality etc. . We will work hard to correct your problem. We want a satisfied customer who will refer us additional business. Due to the rapid change in the cable industry, we may not always have an immedite answer for some problems. Be patient and we will continue to research your problem and try to find a solution for you.

---

## What if there isn't a Testchip for my cable company box ?

We carry the most common name brands such as Jerrold, Scientific Atlanta, Pioneer, Tocom and Zenith. If we don't carry your unusual model, we may need to do research to find the correct replacement. If there is no replacement presently available, we will add your name to our list of people to be contacted when their unusual models becomes

oi thru other components such as VCRs, the signal strength drops. The result of a weak signal is a poor quality, snowy picture and / or failure to lock-on and decode properly. We suggest using an in-line CATV amplifier to correct this problem by improving picture quality and restoring signal strength. In most cases, the amplifier improves the picture quality on all TV's in your home when placed upstream on the cable line. We suggest using a 10db or 10-20db adjustable cable TV amplifier.

_____

### What is a "bullet" and can it harm my cable box ?

No, Bullets are fancy name for an "address" signal that only "talks" to addressable cable boxes. It would be foolish for the cable company to send out a signal which could randomly harm or burn out TV's, VCR's or cable boxes

_____

### Why should I buy from Alternative Cable Technologies ?

First and most importantly, we have been in business for over 7 years providing our customers the Best Prices on the most Advanced equipment available at any price. Beware of some companies that have only been in business a short time, no matter what warranty they offer, it won't be any good if they are out of business tomorrow. We offer a 30 day Guarantee on all of our products and, We ship FedEx COD Of your Choice All orders are shipped within 4 hours of the day, And can be shipped by Overnight. 2-day or 3-day or ground service (1-3 days) delivery.

available.

_____

### How do I know which Testchip or "Multi-Mode" TestBoard I need ?

1) First, you must get the Brand Name and Model Number of the cable box unit that is supplied by your cable company that is capable of receiving Premium channels. The Model number is usually printed on a sticker on the bottom of most boxes. Model numbers are usually 6-10 digits long, for example: DPV7212, ST1600, SA8590-757, 5507VIP etc... 2) If you don't currently have a cable box that can receive premium service, you may be able to get the model number from a friend or neighbor nearby that has a box that is capable of receiving premium service. Then just give a call with the model number used in your area. 3) Look at our list of Converters and determine the correct replacement for your model number. If you are not sure which unit is the correct replacement for your model, please give us a call at 1-770-489-4694.

_____

### Where can I find some books about Cable Boxes and Satellites ?

Descrambling cable TV is not legal. GUIDE offered here will tell you "Everything That You Ever Wanted To Know, But Were Afraid To Ask". The book contains information on test chips, test cubes, filters, bullets and much more. It will give you the knowledge needed to determine your best options. Before you go out and spend hundreds of dollars on useless equipment read this book, it will save you time, money and aggravation. The New Cable Hackers Guide contains updated

information, as well as all of the
suppliers that we have used in the
past to purchase wholesale
equipment.



---

## ** Please Read! **

This is the Official Alternative Cable Technology Corp. web site. We do not have any affilation
with any other cable company. Other sites have unlawfully taken the contents of our site without
written consent of Alternative Cable. To make sure you are dealing with the best cable company
please call 1-800-216-1815.

All text and images Copyright ©1998
Alternative Cable Technologies Corporation

Set 5/14/09



Site Designed by
http://www.nws-bg.com
Nielsen Web Sites

Zenith, TOCOM, Jerrold, General Instrument, Pioneer, Scientific Atlanta,
Impulse, Starcom are registered trademarks
We are in no way affiliated or endorsed by these companies
Nor do we sell any products manufactured by these companies

Our educational test activators are to be used for training sereal communication specialists or self education hobbyist.
They are not intended to be connected to a cable system signal without paying for these services you use.
Doing so maybe in violation of state or federal clause. We will not in any way sell these test devices for the purpose of
cable theft or to be used on equipment that you do not own. You must read our disclaimer and agree to all of it's
terms and conditions before purchasing our test devices

---





## COMMENTARY

### STEVE PENN

# *Firefighters' cable theft is a shame*

If you're stealing cable TV at your house, you should be ashamed of yourself.

But if you're helping filch the channels at a fire station, you should be ashamed and publicly humiliated.

You heard it here first. Time Warner Cable alleges that a handful of firefighters in both the Kansas City and Kansas City, Kan., departments illegally acquired premium cable TV channels.

The allegations involve four stations in Kansas City and three in Kansas City, Kan.

Time Warner can't say which channels were shown illegally, but they could have included everything from HBO to the Playboy Channel.

The chiefs of both departments say they're taking steps to make sure firefighters don't take it again. They're working with Time Warner's consultant, Secure Signals International, to reach a settlement to make up for the unpaid service.

Time Warner began its "silver bullet" program, as it is called, in April and has uncovered 1,500 violators. Here's the way it works.

If cable service goes out, customers usually call Time Warner to have it turned back on. That's when the company can detect if the cable box has been tampered with.

Violators often use a special device to alter their cable box so they can view any cable program for free.

But now that Time Warner has the "silver bullet" program in place, the device isn't a sound investment.

"It's money down the drain," said Carol Rothwell, a vice president for Time Warner. "Because you will be detected."

In the firefighters' case, the perpetrators are only hurting the departments they serve. As a community service, Time Warner had donated basic cable to each fire department at no charge. And the fire departments can use cable for educational purposes, linking stations for training.

Now cable service at each of the seven fire stations in question has been disconnected, Rothwell said.

Time Warner discovered the trouble before Smokey Dyer, the new Kansas City fire chief, took the job last month.

Dyer recently wrote Time Warner to say he would work to keep the problem from resurfacing. But he does not think it's a good move to disconnect service.

"That's the proper course to take until any financial liabilities are taken care of," he said.

If firefighters want premium channels legally, they can sign up and pay for them out of their own pockets.

Dyer doesn't have plans to restrict the use of premium channels yet.

"There are five people out of 800 doing this," said Dyer.

In the future, Dyer said, any cable bill will be placed in one name at each station.

That person will be responsible for paying.

"Right now we don't even know who did this," said Dyer. "I'm not so interested in the past as I am in what we can do from now on."

Kansas City, Kan., Fire Chief Tom DeKeyser is investigating the allegations.

"We've looked at it and had several discussions with Time Warner," said DeKeyser. "They've been very preliminary. There's been no formal resolution."

Most citizens like you and I pay for cable TV. Firefighters should know better. They should set a better example.

And it's up to both fire chiefs to make sure that illegal procurement of cable TV is a thing of the past.

*To reach Steve Penn, call (816) 234-4417 or send e-mail to spenn@kcstar.com*

# The

Alante • Audio Note

# people

• B&K • Billy Bags • Alón

• Cardas • Chiro • DH Labs • Dunlavy

# the best

• Audio Tekne • Grado • Joule Electra

# sound

• Kharma • Koro • Lamm

# systems

• Magnan • Magnum/OCM • Haloro

# in the

• Metronome • MIT • Plinius • Quad

# world

• Rolson • Aream • Spendor

# listen to

• TAG (Technik Avant Garde) • Oracle

# Steve

• VansEvers • das (Edgar & Purcell)

# Davis.

• VPI • & Others

Why? Because he listens to them. Gets to know them. Learns their musical tastes, their priorities, their budgets. So when Steve makes recommendations, his customers trust his advice. They know they're getting the best equipment for their needs. Sound good? You bet it does. And your system will, too. Just listen to Steve.



## Hi-Fi Farm

### New & Used Audio Since 1978

800-752-4018 or 540-721-4434 ext. 106 • www.hififarm.com



COPY RENTAL TAPES
WITH OUR VIDEO STABILIZERS
FREE CATALOG

ELECTRONICS

BEFORE    AFTER

• Works on TVs, VCRs, Sat, & Cable
• 1 Year Warranty
• Money Back Guarantee

2252

Let us point you in the right direction...
## CABLE TV

LOWEST PRICES!

FREE 30 Day Trial
FREE Product Catalog
FREE 1 Year Warranty

100% MONEY BACK GUARANTEE

## Arrow
Technologies

2106 S. 156th Circle • Omaha, NE

800 554-ARROW
800-554-2776

Visit us on the web at: www.arrowtek.com





CABLE TV

ELECTRONICS
FREE CATALOG

554

AFFORDABLE CABLE TV BOXES! Your favorite brands at the lowest price. 30-day moneyback guarantee. www.cable-boxes.com 1-800-550-1511



A-1 UNIVERSAL DECODER BOX. REPLACES JERROLD, GENERAL INSTRUMENT, SCIENTIFIC ATLANTA, PANASONIC, PIONEER, ZENITH, TOCOM. ONE YEAR WARRANTY. GUARANTEED. CALL 1-800-675-9345

Editor's Choice Award 2000
Sound and Vision
Consumer Choice Award 2000

'98 Editor's Choice Subwoofer

"(the VTF-2) could be reasonably compared to the performance of the $3,000 B&W ASW 4000"

Hsu Research, Inc.
3160 E. La Palma Ave, #D
Anaheim, CA 92806
(800) 554-0150/(714)
(714) 666-9261 (FAX)