**ORIGINAL**

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

-------------------------------------------------------------

ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

                Plaintiff,

           -against-

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR;

MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S;

MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB;

                Defendants.

-------------------------------------------------------------

STATEMENT FOR JUDGMENT

Civil Action No. B-01-051
Hon. Hilda G. Tagle

| | |
|---|---:|
| **Principal Amount** ..................................................................$ | 110,000.00 |
| **Interest** at the Rate of 6% from **September 18, 1999** through **June 13, 2001**..................................$ | 11,462.72 |
| **Costs:** | |
|     Filing Fees (per each defendant)................................$ | 150.00 |
|     Process Server (per defendant)..................................$ | 160.00 |
|     Investigator's Fee (per defendant).............................$ | 275.00 |

**TOTAL (Per Defendant)**..................................................................................$   **121,631.88**

                                                  LONSTEIN LAW OFFICE, P.C.

By: _____
        Julie Cohen Lonstein, Esq.
        Attorney for Plaintiff,
        Attorney in Charge
        NYS Bar Roll No. 2393759
        S.D.T.X. Admission No. 21857
        1 Terrace Hill, PO Box 351
        Ellenville, NY 12428
        Tel: (845) 647-8500
        Fax: (845) 647-6277