

**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

---

ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

        Plaintiff,

  -against-

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR;

MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S;

MINERVA RAMIREZ SANDOVAL, Individually and d/b/a DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB and DESPERADO'S NIGHTCLUB a/k/a DESPERADOS NIGHTCLUB;

        Defendants.

---

MOTION

Civil Action No. B-01-051

## MOTION FOR TELEPHONE CONFERENCE

Come now plaintiff, **ENTERTAINMENT BY J & J, INC.**, and moves this Court for an Order allowing the plaintiff's counsel to appear telephonically for the Initial Pre-Trial and Scheduling Conference hearing on the Motion to Sever of Marcella Louise Ervin scheduled for July 11, 2001 at 2:00 p.m. In support thereof, plaintiff would respectfully submit that lead counsel in this case is located in New York State.

Plaintiff would incur tremendous and prohibitive costs and expenses for either lead counsel or local counsel to appear in person.

Additionally, lead counsel in this matter is pregnant and the expected delivery date is June 22,

1

2001. I will not be able to travel to Texas on July 11, 2001 for the Initial Pre-Trial and Scheduling Conference.

Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

LONSTEIN LAW OFFICE, P.C.

By: _____
JULIE COHEN LONSTEIN, Esq.
Attorney for Plaintiff
Attorney in Charge
NYS Bar Roll NO. 2393759
S. D. TX Admission No. 21857
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel: (845) 647-8500
Fax: (845) 647-6277

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 19 day of June, 2001:

Curtis Bonner, Esq.
Bonner & Bonner
P.O. Box 288
103 S. Third Street
Harlingen, TX 78551

By:[x] U.S. Mail, postage prepaid

_____
JULIE COHEN LONSTEIN

2