# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENTERTAINMENT BY J & J, INC. | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-051 |
| | * | |
| BALDEMAR TORRES, JR., ET AL | * | |

## ORDER DENYING MOTION FOR TELEPHONE CONFERENCE

On June 29, 2001, came on to be considered Plaintiff's Motion for Telephonic Conference, and the Court, having considered said Motion, finds that said motion should be **denied**.

**IT IS SO ORDERED**.

DONE at Brownsville, Texas, on 29th day of June 2001.

Felix Recio
United States Magistrate Judge