UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENTERTAINMENT BY J & J, INC. | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-051 |
| | * | |
| BALDEMAR TORRES, JR., ET AL | * | |

## ORDER RESETTING CONFERENCE

The initial pretrial conference and hearing on pending motions, in the above-captioned and numbered cause of action, are hereby reset from July 11, 2001, to **August 22, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 29th day of June 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX  78520