

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2001

Michael N. Milby
Clerk of Court

----------------------------------------------------------------

ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

                         Plaintiff,

-against-

BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR; et al.

CA B-01-51

Civil Action No. CV-S-01-0320-KJD-LRL

              Defendants.

----------------------------------------------------------------

## VOLUNTARY MOTION FOR PARTIAL DISMISSAL

       **ENTERTAINMENT BY J AND J, INC.**, Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendant,

**BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR**

be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This Motion is specific to said Defendant and does not effect the remaining claims against any other named Defendant.

As a term of this dismissal, the Court retains jurisdiction of this case to enforce compliance with the settlement contract.

Dated: May 10, 2001
       Ellenville, New York

                                    ENTERTAINMENT BY J AND J, INC.

                                    By:
                                    Julie Cohen Lonstein.
                                    LONSTEIN LAW OFFICE, P.C.
                                    Attorneys for plaintiff
                                    Office & P.O. Address
                                    1 Terrace Hill, P.O. Box 351
                                    Ellenville, New York 12428
                                    Tel: (845) 647-8500

## CERTIFICATE OF SERVICE

The foregoing Voluntary Motion for Partial Dismissal was served upon the following:

Tony Martinez, Esq.
Martinez y Barrera, L.L.P.
1201 E. Van Bueren
Brownsville, TX 78520


via United States Postal Service, postage prepaid on this
__10TH__ day of __July__, 2001.

JULIE COHEN LONSTEIN

ClibPDF - www.fastio.com