25

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORIGINAL
ENTERED
JUL 2 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

-----------------------------------------------------------------

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

                     Plaintiff,

-against-

BALDEMAR TORRES, JR., Individually, and
d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S
a/k/a BT'S SPORTS BAR and BT'S SPORTS
PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR; et al.

B-01-51

Civil Action No.CV-S-01-0320-KJD-LRL

                     Defendants.

-----------------------------------------------------------------

## ORDER FOR PARTIAL DISMISSAL

      **ENTERTAINMENT BY J AND J, INC.,** Plaintiff in the above entitled action, having moved that the above entitled action specifically pertaining to Defendant,

**BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR,**

be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

      **ORDERED,** that the above entitled action specifically pertaining to Defendant,

**BALDEMAR TORRES, JR., Individually, and d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS BAR**

be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is further

      **ORDERED,** that this ORDER is this Motion is specific to said Defendant and does not effect the remaining claims against any other named Defendant

SO ORDERED this 23rd day of July, 2001.

_____
HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE