26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 13 2001

| | | |
|---|---|---|
| ENTERTAINMENT BY J & J, Inc. | § | |
| as Broadcast Licensee of the September 18, | § | |
| 1999 DeLaHoya/Trinidad, Program, | § | |
| | § | CIVIL ACTION NO. B-01-051 |
| vs. | § | |
| | § | |
| BALDEMAR TORRES, JR., ET AL | § | |

### Defendant's Disclosure of Interested Parties

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW MARCELLA LOUISE ERVIN Individually and d/b/a Pelican's (hereafter Defendant) and files this her Disclosure of Interested Parties and for such would show as follows:

Defendant Marcella Ervin is a defendant herein. She is the sole proprietor of a bar known as Pelican's located in Port Mansfield, Willacy County, Texas where she also resides. She is married to George Johnson who also resides in Port Mansfield, Texas. Defendant owned the bar prior to her marriage to Mr. Johnson.

Respectfully submitted,

BONNER & BONNER
Attorneys for
Post Office Box 288
Harlingen, Texas 78551
Telephone: (956) 423-9152
Facsimile: (956) 428-0671

By _____
Curtis Bonner
State Bar No. 02611000
Federal I.D. 1177

### CERTIFICATE OF SERVICE

A true and correct copy of the above and was mailed certified mail, return receipt requested to Julie Cohen Lonstein, Attorney for Plaintiff, at 1 Terrace Hill, Box 351, Ellenville, New York 12428 on August 10, 2001.

_____
Curtis Bonner