29

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ENTERNMENT BY J&J, INC., ET AL | * * * |
| VS | * C.A. No. B-01-51 |
| BALDEMAR TORRES, JR., ET AL | * * |

## ORDER RESETTING HEARING

Since Plaintiff filed a Notice of Settlement, the initial pretrial conference and hearing on pending motions are hereby reset to September 24, 2001, at 2:00 p.m. If an agreed order of dismissal is filed by Plaintiff and Defendants MARCELLA LOUISE ERVIN, Individually and d/b/a PELICAN'S and PELICAN'S, before September 24, 2001, the conference and hearing will be cancelled.

DONE at Brownsville, Texas, on 22nd day of August 2001.

Felix Recio
United States Magistrate Judge