

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

                        Plaintiff,

   -against-

                                                Civil Action No.B-01-51

BALDEMAR TORRES, JR., Individually, and
d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S
a/k/a BT'S SPORTS BAR and BT'S SPORTS
PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR; et al.

                      Defendants.

---

## VOLUNTARY MOTION FOR PARTIAL DISMISSAL

      **ENTERTAINMENT BY J AND J, INC.**, Plaintiff in the above entitled action, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith moves to dismisses that portion of the above-styled action specifically against defendant **MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S**; without prejudice.
This is based upon a settlement made between Plaintiff and **MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S**; wherein the Defendants will pay a certain consideration over a period of time not to exceed November 27, 2002.
Plaintiff also moves to reserves the right, in the event of any non-payment by the Defendants named herein, to reopen and reinstate its claim against the Defendants. The Dismissal herein will be without cost to either party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 20, 2001
       Ellenville, New York

                                      ENTERTAINMENT BY J AND J, INC.

                                      By:_____
                                      Julie Cohen Lonstein.
                                      LONSTEIN LAW OFFICE, P.C.
                                      Attorneys for plaintiff
                                      Office & P.O. Address
                                      1 Terrace Hill, P.O. Box 351
                                      Ellenville, New York 12428
                                      Tel: (845) 647-8500

# CERTIFICATE OF SERVICE

The foregoing Voluntary Motion for Partial Dismissal was served upon the following:

Curtis Bonner, Esq.
Bonner & Bonner
P.O. Box 288
103 S. Third Street
Harlingen, TX 78551

via United States Postal Service, postage prepaid on this _11TH_ day of _SEPT_, 2001.

_____
JULIE COHEN LONSTEIN