31

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ORIGINAL**

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

---

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,
                       Plaintiff,

-against-

Civil Action No. B-01-51

BALDEMAR TORRES, JR., Individually, and
d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S
a/k/a BT'S SPORTS BAR and BT'S SPORTS
PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR; et al.

                       Defendants.

---

## ORDER FOR PARTIAL DISMISSAL

      **ENTERTAINMENT BY J AND J, INC.,** Plaintiff in the above entitled action, having moved that the above entitled action specifically pertaining to Defendant,

**MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S;**
be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

      **ORDERED,** that the above entitled action specifically pertaining to Defendant,

**MARCELLA LOUISE ERVIN, Individually, and d/b/a PELICAN'S and PELICAN'S;**

be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is further

      **ORDERED,** that the Plaintiff reserves the right, in the event of any non-payment by the Defendants named herein, to reopen and reinstate its claim against the Defendants

SO ORDERED this ____
day of _____, 2001.

**HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE**