32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENTERTAINMENT BY J&J, INC., | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-051 |
| | § | |
| BALDEMAR TORRES, JR., ET AL. | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on the 26th of November, 2001, the Court considered the Plaintiff's Motion for Default (Docket No. 18). When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and that fact is made to appear by affidavit or otherwise, default may be entered. See FED. R. CIV. P. 55. In this case, the Plaintiff has shown that the Defendant, Minerva Ramirez Sandoval, Individually and d/b/a Desperado's Nightclub a/k/a Desperados Nightclub has failed to answer or defend the case in any way. Therefore, Plaintiff's Motion for Default is **GRANTED**. However, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, this Court will conduct a hearing to determine the damages that should be awarded to the Plaintiff with regard to this specific Defendant.

DONE at Brownsville, Texas this 26 day of November, 2001.

Hilda Tagle
United States District Judge