| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ENTERTAINMENT BY J&J, INC., §
§
versus § CIVIL ACTION: B-01-051
§
BALDEMAR TORRES, JR., ET AL §

*FILED NOV 27 2001*

## Order Setting Hearing

A hearing to determine damages with regard to *Defendant, Minerva Ramirez Sandoval, Individually and d/b/a Desperado's Nightclub a/k/a Desperados Nightclub* will be held before Judge Hilda G. Tagle on:

### January 22, 2002 at 2:30 p.m.

Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas 78520

Signed on November 27, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge