34

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

JAN 22 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ENTERTAINMENT BY J&J §
§
versus § CIVIL ACTION NO: B: 01-51
§
§
TORRES, ET AL §

## Order Re-Setting Conference

The hearing on damages has been re-set for:

**January 23, 2002 at 2:30 p.m.**

Signed on _January 22_, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge