UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2002

Michael N. Milby
Clerk of Court

---

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

        Plaintiff,

  -against-

BALDEMAR TORRES, JR., Individually, and
d/b/a BT'S SPORTS PUB & GRILL a/k/a BT'S
a/k/a BT'S SPORTS BAR and BT'S SPORTS
PUB & GRILL a/k/a BT'S a/k/a BT'S SPORTS
BAR; et al
        Defendants.

Civil Action No. B-01-051

---

## DESIGNATION OF LOCAL COUNSEL

COME NOW the Plaintiff, **ENTERTAINMENT BY J & J, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates Jason R. Mann, Esq. of J. Edward Mann, Jr. & Associates, with offices at Bank of America Tower, 222 East Van Buren, Suite 701, Harlingen, TX 78550, as resident counsel for the Plaintiff.

Dated: January 16, 2002

                ENTERTAINMENT BY J & J, INC.

By: _____
      JULIE COHEN LONSTEIN, ESQ.
      Attorney for Plaintiff
      Attorney in Charge
      NYS Bar Roll No. 2393759
      S.D. T. X. Admission No. 21857
      1 Terrace Hill, P.O. Box 351
      Ellenville, New York 12428
      Tel: (845) 647-8500
      Fax: (845) 647-6277