THE STATE OF TEXAS
**SUBPOENA**
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville ~~MCALLEN~~ DIVISION
CAUSE NO. B-01-051

United States District Court
Southern District of Texas
FILED

JUL 2 8 2004

Michael N. Milby
Clerk of Court

ENTERTAINMENT BY J&J, INC., AS BROADCAST LICENSEE OF THE SEPTEMBER 18, 1999 DE LA HOYA/TRINIDAD PROGRAM

vs.

BALDEMAR TORRES, JR., Individually and d/b/a BT'S SPORTS PUB & GRILL A/K/A BT'S A/K/A BT'S SPORTS BAR and BT'S SPORTS PUB & GRILL A/K/A BT'S A/K/A BT'S SPORTS BAR; MARCELLA LOUISE ERVIN, INDIVIDUALLY AND D/B/A PELICAN'S AND PELICAN'S; MINERVA RAMIREZ SANDOVAL, INDIVIDUALLY AND D/B/A DESPERADO'S NIGHTCLUB A/K/A DESPERADO'S NIGHTCLUB AND DESPERADO'S NIGHTCLUB A/K/A DESPERADO'S NIGHTCLUB

**TO ANY SHERIFF, CONSTABLE, OR BY ANY OTHER PERSON WHO IS NOT A PARTY AND IS NOT LESS THAN EIGHTEEN YEARS OF AGE, OF THE STATE OF TEXAS, GREETING:**

YOU ARE HEREBY COMMANDED TO SUMMON *Minerva Ramirez Sandoval*, who can be served at *589 N. 7th St., Raymondville, Texas 78580* to be and personally appear at **3: 00** o'clock, **P.M.**, on the **5th** day of **August,** 2004; before the Honorable Paul R. Wilson at 323 W. Cano, Edinburg, Hidalgo County, Texas, then and there to be deposed. Said deposition will be recorded by non-stenographic means via tape recording and/or videotape. Said above named witness(es) is further commanded to produce at said time and place above set forth the following books, papers, documents or other tangible things identified in the subpoena duces tecum attached to the Notice of Intention to Take Oral Deposition with Subpoena Duces Tecum attached herein as Exhibit "A".

FAILURE BY ANY PERSON without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both. HEREIN FAIL NOT, and make due return hereof, showing how you have executed same.

Issued this the 29th day of June, 2004, at the instance of ENTERTAINMENT BY J&J, INC., AS BROADCAST LICENSEE OF THE SEPTEMBER 18, 1999 DE LA HOYA/TRINIDAD PROGRAM, by and through its attorney of record whose signature appears below.

WILSON LAW FIRM, P.C.
323 W. Cano
Edinburg, TX 78539

By: _____

PAUL R. WILSON
State Bar No, 21707300
MICHAEL S. PARSON
State Bar No. 24041654

## RETURN OF OFFICER

Came to hand the _1_ day of _July_, 2004, at _1030_ o'clock _A_ .M., and <u>executed</u> on the _2_ day of _July_, 2004, at _930_ o'clock _A_ .M. by delivering to, **_Minerva Ramirez Sandoval_**, at the address/location _1762 + N Bus 77 Rathonville, TX_ in person a true copy of this Subpoena, upon which I endorsed the date of delivery, together with the accompanying copy of the attached Notice of Intention to take Oral Deposition with Subpoena Duces Tecum  (Exhibit "A") and a check for $10.00.

~~Sheriff/Constable~~/RGV Civil Process
Cameron County, Texas

Service Fee:$_____ _85.00_

By _George Watts_ , ~~Deputy~~

SUBSCRIBED AND SWORN TO ME
ON THE _2nd_ DAY OF _July_ , 2004

_JoAnn V. Watts_
NOTARY PUBLIC



JoAnn V Watts
My Commission Expires
June 10, 2006