37

# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts    ☐ Lehrman |
| DATE | 01 — ~~24~~ 23 — 02 |
| TIME | 2:30 p.m. — 2:45 p.m. |
| CIVIL ACTION | B — 01 — ~~55~~ 351 |
| STYLE | Entertainment by J & J<br>*versus*<br>Baldemar Torres, Jr., et al, |

**United States District Court**
**Southern District of Texas**
**FILED**
**JAN 2 3 2002**
**Michael N. Milby, Clerk of C**

DOCKET ENTRY

(HGT)   ■ Damages Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Jason Mann

Attorney(s) for Defendant(s):    N/A

Minutes: Damages hearing on default judgment against Minerva Ramirez Sandoval, individually and d/b/a/ Desperado's Nightclub. Plaintiff's attorney presented the details of the damages sought against the defendants-in-default. The judge then granted statutory damages against both the individual and the company with a written order to follow.